UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC., <br><br>                Plaintiffs, <br><br>  vs. <br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC., <br><br>                Defendants. | CASE NO. 3:12-CV-00260-H (WVG) <br><br>**AMENDED SCHEDULING ORDER** |

On January 11, 2013, the parties filed a joint motion to amend the scheduling order. (Doc. No. 113).  The Court held a telephonic status conference on January 8, 2013.  Sean S. Pak appeared for Plaintiffs and Amanda Bonn, Jacob W. Buchdahl, Ian B. Crosby and Joseph Samuel Grinstein appeared for Defendants.  For good cause shown, the Court grants the motion and sets the following schedule:

       1.     On or before February 1, 2013, the Parties must serve their respective Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions.  In addition, on or before February 1, 2013, the parties must complete the document production required by Paragraph 3(a)-(c) of the Second Amended Case Management Conference Order for any previously unasserted claims.

2. On or before April 1, 2013, the Parties must serve their respective Amended Preliminary Invalidity Contentions, containing the information required by Paragraph 4(a)-(d) of the Second Amended Case Management Conference Order. In addition, on or before April 1, 2013, the parties must complete the document production required by Paragraph 5(a)-(b) of the Second Amended Case Management Conference Order for any Accused Instrumentalities identified by the patent claimant for the first time in the Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions and/or for any previously unidentified prior art.

3. On or before April 8, 2013, the Parties must exchange their proposed claim constructions and materials required by Paragraphs 6(a)-(b) of the Second Amended Case Management Order.

4. On or before April 12, 2013, the Parties must exchange their responsive claim constructions and materials required by Paragraphs 6(c)-(d) of the Second Amended Case Management Conference Order.

5. On or before April 17, 2013, the Parties must complete and file their Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Statement required by Paragraphs 7(a)-(c) of the Second Amended Case Management Conference Order.

6. On or before April 24, 2013, the Parties must serve their opening claim construction briefs and materials required by Paragraph 9(a) of the Second Amended Case Management Conference Order.

7. On or before May 8, 2013, the Parties must serve their responsive claim construction briefs and materials required by Paragraph 9(b) of the Second Amended Case Management Conference Order.

///
///
///
///
///

8. On May 24, 2013, at 9:00 a.m., and subject to the convenience of the Court's calendar, the Court will conduct a Claim Construction Hearing as set forth in Paragraph 10 of the Second Amended Case Management Conference Order.

**IT IS SO ORDERED.**

DATED: January 14, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT