1  William Christopher Carmody (*pro hac vice*)
   Jacob W. Buchdahl (*pro hac vice*)
2  SUSMAN GODFREY L.L.P.
   560 Lexington Avenue, 15th Floor
3  New York, New York 10022
   Telephone:    (212) 336-8330
4  Facsimile:    (212) 336-8340
   Email: bcarmody@susmangodfrey.com
5  Email: jbuchdahl@susmangodfrey.com

6  Marc M. Seltzer (54534)
   Amanda K. Bonn (270891)
7  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
8  Los Angeles, CA 90067-6029
   Telephone:    (310) 789-3100
9  Facsimile:    (310) 789-3150
   Email: mseltzer@susmangodfrey.com
10 Email: abonn@susmangodfrey.com

11 [Additional counsel listed on signature page]

12 *Attorneys for Defendants*
   *Space Systems/Loral, LLC and*
13 *Loral Space & Communications Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC., <br><br> Defendants. | Case No. 3:12-cv-00260-H-WVG <br><br> Hon. Marilyn L. Huff <br><br> **DEFENDANT AND COUNTERCLAIM PLAINTIFF SPACE SYSTEMS/LORAL, LLC'S (f/k/a SPACE SYSTEMS/LORAL, INC.) ANSWER AND AFFIRMATIVE DEFENSES TO VIASAT'S COUNTER COUNTERCLAIMS** <br><br> **DEMAND FOR JURY TRIAL** |

Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) ("SS/L") answers the allegations of ViaSat, Inc. and ViaSat Communications, Inc.'s (collectively "ViaSat") Counter Counterclaims (Dkt. No. 115) as follows:

## NATURE AND BASIS OF ACTION

1. Admitted that this is an action seeking certain relief. Except as expressly admitted, SS/L denies the remaining allegations of Paragraph 1.

## JURISDICTION AND VENUE

2. Paragraph 2 states a conclusion of law for which no answer is required. To the extent an answer is required, SS/L admits that ViaSat has filed certain counter counterclaims that invoke certain statutory provisions. Except as expressly admitted, SS/L denies the remaining allegations of Paragraph 2.

3. Paragraph 3 states a conclusion of law for which no answer is required. To the extent an answer is required, SS/L admits that that this Court has jurisdiction over ViaSat's counter counterclaims.

4. Paragraph 4 states a conclusion of law for which no answer is required. To the extent an answer is required, SS/L admits that venue is proper in this District and that this Court has jurisdiction over ViaSat's counter counterclaims. Except as expressly admitted, SS/L denies the remaining allegations of Paragraph 4.

## PARTIES

5. Admitted.

6. Admitted.

7. Admitted that until recently converting to a limited liability company, Space Systems/Loral, Inc. was a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 3825 Fabian Way, Palo Alto, California 94303.

## GENERAL ALLEGATIONS

8. Admitted.

9. Admitted that SS/L has made infringement allegations against ViaSat. Also admitted that ViaSat via its Answer and Counter Counterclaims has denied validity and

infringement.  Except as expressly admitted, SS/L denies the remaining allegations of Paragraph 9.

      10.    Paragraph 10 states conclusions of law for which no answer is required.  To the extent any answer is required, admitted that there is a justiciable controversy relating to ViaSat's counter counterclaims.

## COUNT I

### (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,879,808)

      11.    SS/L admits that ViaSat has reallaged and incorporated by reference Paragraphs 1 through 10 of its counter counterclaims.  SS/L realleges and incorporates by reference its responses to said Paragraphs.

      12.    Denied.

      13.    Denied.

## COUNT II

### (Declaratory Judgment of Invalidity of U.S. Patent No. 6,879,808)

      14.    SS/L admits that ViaSat has reallaged and incorporated by reference Paragraphs 1 through 13 of its counter counterclaims.  SS/L realleges and incorporates by reference its responses to said Paragraphs.

      15.    Denied.

      16.    Denied.

## COUNT III

### (Declaratory Judgment of Non-Infringement of U.S. Patent No. 6,400,696)

      17.    SS/L admits that ViaSat has reallaged and incorporated by reference Paragraphs 1 through 16 of its counter counterclaims.  SS/L realleges and incorporates by reference its responses to said Paragraphs.

      18.    Denied.

      19.    Denied.

2569593v1/013090

## COUNT IV

**(Declaratory Judgment of Invalidity of U.S. Patent No. 6,400,696)**

20. SS/L admits that ViaSat has reallaged and incorporated by reference Paragraphs 1 through 19 of its counter counterclaims. SS/L realleges and incorporates by reference its responses to said Paragraphs.

21. Denied.

22. Denied.

## COUNT V

**(Declaratory Judgement of Non-Infringement of U.S. Patent No. 7,219,132)**

23. SS/L admits that ViaSat has reallaged and incorporated by reference Paragraphs 1 through 22 of its counter counterclaims. SS/L realleges and incorporates by reference its responses to said Paragraphs.

24. Denied.

25. Denied.

## COUNT VI

**(Declaratory Judgment of Invalidity of U.S. Patent No. 7,219,132)**

26. SS/L admits that ViaSat has reallaged and incorporated by reference Paragraphs 1 through 25 of its counter counterclaims. SS/L realleges and incorporates by reference its responses to said Paragraphs.

27. Denied.

28. Denied.

## COUNT VII

**(Declaratory Judgment of Unenforceability Due to Inequitable Conduct of the '132 Patent)**

29. SS/L admits that ViaSat has reallaged and incorporated by reference Paragraphs 1 through 28 of its counter counterclaims. SS/L realleges and incorporates by reference its responses to said Paragraphs.

30. Admitted.

2569593v1/013090

31. Admitted that a brief was filed on September 19, 2005, making certain of the statements identified in Paragraph 31 of the counter counterclaims. Denied that Paragraph 31 quotes the brief accurately. Except as expressly admitted, SS/L denies the remaining allegations of Paragraph 31.

32. Admitted that the '691 Application was subject to rejections by the PTO and was amended. Further admitted that prosecution of the '691 Application lasted approximately six years. Further admitted that the inventors, SS/L, and its attorneys did not submit an Information Disclosure Statement during the prosecution of the '691 Application. Except as expressly admitted, SS/L denies the remaining allegations of Paragraph 32.

33. Admitted that certain remarks were made in a communication to the USPTO on November 14, 2006. Denied that Paragraph 33 of the counter counterclaims accurately quotes those remarks. Except as expressly admitted, SS/L denies the remaining allegations of Paragraph 33.

34. Admitted that the USPTO on February 13, 2007, issued a Notice of Allowability which included the quoted statement as "an Examiner's Statement of Reasons for Allowance."

35. Admitted that Sastri Kota authored or co-authored the papers named in this paragraph on or about the dates identified in this paragraph. Except as expressly admitted, SS/L denies the remaining allegations of Paragraph 35.

36. Denied.

**REQUEST FOR RELIEF**

Admitted that ViaSat requests the relief set forth in its Request for Relief, but denied that ViaSat is entitled to any such relief. Except as expressly admitted, SS/L denies the remaining allegations in ViaSat's Request for Relief.

2569593v1/013090

## **DEMAND FOR JURY TRIAL**

In accordance with Federal Rule of Civil Procedure 38(b), Defendant SS/L demands a trial by jury on all issues triable by jury.

Dated: February 1, 2013

By: /s/ Amanda K. Bonn
Marc M. Seltzer (54534)
Amanda K. Bonn (270891)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

William Christopher Carmody (*pro hac vice*)
Jacob W. Buchdahl (*pro hac vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Joseph S. Grinstein (*pro hac vice*)
William R.H. Merrill (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: jgrinstein@susmangodfrey.com

Ian B. Crosby (*pro hac vice*)
Rachel S. Black (*pro hac vice*)
Patrick C. Bageant (275135)
SUSMAN GODFREY L.L.P
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3861
Facsimile: (206) 516-3883
Email: icrosby@susmangodfrey.com

*Attorneys for Defendants Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc.*

5

2569593v1/013090

## CERTIFICATE OF SERVICE

I hereby certify that, on February 1, 2013, I caused the foregoing **DEFENDANT AND COUNTERCLAIM PLAINTIFF SPACE SYSTEMS/LORAL, LLC'S (f/k/a SPACE SYSTEMS/LORAL, INC.) ANSWER AND AFFIRMATIVE DEFENSES TO VIASAT'S COUNTER COUNTERCLAIMS** to be served on Plaintiffs' counsel via the Court's CM/ECF system.

By: /s/ Amanda Bonn
    Amanda Bonn

2569593v1/013090