# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 3:12-CV-00260-H (WVG) <br><br> **SCHEDULING ORDER** |

On March 26, 2013, Plaintiffs filed a motion for summary judgment. (Doc. No. 128.)[1] The Court issues the following scheduling order:

(1) Defendants must file their opposition to the motion on or before **April 16, 2013**;

(2) Plaintiffs may file an optional reply on or before **April 23, 2013**; and

///

///

---

[1] Plaintiffs filed their motion without first obtaining a hearing date in violation of Civil Local Rule 7.1(b). For any future motions before this Court, the Court orders Plaintiffs to obtain a hearing date from chambers prior to filing, and to otherwise comply with all federal and local rules.

1     (3)    The Court continues the hearing on the motion to **May 2, 2013,** at **10:30 a.m.** in Courtroom 15A, though the Court retains its discretion to submit the motion on the papers under Civil Local Rule 7.1(d)(1).

    **IT IS SO ORDERED.**

DATED: March 28, 2013

                        _____
                        MARILYN L. HUFF, District Judge
                        UNITED STATES DISTRICT COURT