Marc M. Seltzer (54534)
Amanda Bonn (270891)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone:   (310) 789-3100
Facsimile:    (310) 789-3150
Email: mseltzer@susmangodfrey.com
Email: abonn@susmangodfrey.com

William Christopher Carmody
*(Admitted pro hac vice)*
Jacob W. Buchdahl
*(Admitted pro hac vice)*
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone:   (212) 336-8330
Facsimile:    (212) 336-8340
Email:  bcarmody@susmangodfrey.com
Email:  jbuchdahl@susmangodfrey.com

[Additional Counsel Listed Below]

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC., <br><br>            Plaintiffs, <br>      vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC., <br><br>            Defendants. | Case No.  3:12-cv-00260-H-WVG <br><br> Hon. Marilyn L. Huff <br><br> **JOINT MOTION TO CHANGE HEARING DATE AND BRIEFING SCHEDULE** |

Plaintiffs ViaSat, Inc., and ViaSat Communications, Inc. (collectively, "ViaSat"), and Defendant Space Systems Loral, LLC f/k/a/ Space Systems Loral, Inc. ("SS/L"), bring this joint motion to change the date of the hearing and the briefing schedule in connection with the Renewed Motion for Summary Judgment of Invalidity, dkt. no. 128, ("the Motion"), filed by ViaSat, Inc., and ViaSat Communications, Inc. (collectively, "ViaSat") on March 26, 2013:

WHEREAS, pursuant to the Court's calendar and order of March 29, 2013, dkt. no. 130, a 10:30 a.m., May 2, 2013, hearing has been scheduled on the Motion;

WHEREAS, the parties, having spoken with Court by telephone on March 28, 2013, wish to change the hearing from to May 3, 2013, to accommodate a manageable briefing schedule;

WHEREAS, the May 3, 2013, date will not affect the claim construction schedule or the progress the case as a whole;

WHEREAS, the May 3, 2013, date will make the briefing schedule more convenient for the parties and their clients;

WHEREAS, ViaSat and SS/L propose that, to make the briefing schedule manageable in light of the issues presented by the Motion, the responsive brief by SS/L shall be due on April 22, 2013, and the reply brief by ViaSat shall be due on April 29, 2013;

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED
2  by and among the undersigned counsel, on behalf of ViaSat and SS/L, that
3  subject to the Court's approval, the hearing on ViaSat's Renewed Motion for
4  Summary Judgment, dkt. no. 128, shall occur at 10:30 a.m. on May 3, 2013,
5  and that the responsive brief by SS/L shall be due on April 22, 2013, and the
6  reply brief by ViaSat shall be due on April 29, 2013.

7

8  The parties respectfully request the Court to enter the Proposed Order
9  lodged herewith.

10

11

12
13  Dated:  March 29, 2013                  By: */s/ Patrick C. Bageant*
        Marc M. Seltzer (54534)
14      Amanda Bonn (270891)
        SUSMAN GODFREY L.L.P.
15      1901 Avenue of the Stars, Suite 950
        Los Angeles, CA 90067-6029
16      Telephone:  (310) 789-3100
        Fax:  (310) 789-3150
17
        William Christopher Carmody
18      (Admitted *pro hac vice*)
        Jacob W. Buchdahl
19      (Admitted *pro hac vice*)
        SUSMAN GODFREY L.L.P.
20      560 Lexington Avenue, 15th Floor
        New York, New York 10022
21      Telephone: (212) 336-8330
        Facsimile:   (212) 336-8340
22
23

2640997v1/013090

|   |   |
|---|---|
| 1 | Joseph S. Grinstein |
|   | (Admitted *pro hac vice*) |
| 2 | William R. H. Merrill |
|   | (Admitted *pro hac vice*) |
| 3 | SUSMAN GODFREY L.L.P. |
|   | 1000 Louisiana Street, Suite 5100 |
| 4 | Houston, Texas 77002 |
|   | Telephone:  (713) 651-9366 |
| 5 | Facsimile:   (713) 654-6666 |

Ian B. Crosby
(Admitted *pro hac vice*)
Rachel S. Black
(Admitted *pro hac vice*)
Patrick C. Bageant (275135)
SUSMAN GODFREY L.L.P
1201 Third Avenue Suite 3800
Seattle, Washington 98101
Telephone:  (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Space Systems/Loral, LLC, and Loral Space & Communications Inc.*


By: */s/ Adam Wolfson* (w/ permission)
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

2640997v1/013090

| | |
|---|---|
| 1 | Vincent M. Pollmeier (Bar No. 210684) |
| | vincentpollmeier@quinnemanuel.com |
| 2 | Adam B. Wolfson (Bar No. 262125) |
| | adamwolfson@quinnemanuel.com |
| 3 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | 865 S Figueroa Street 10th Floor |
| | Los Angeles, California 90017 |
| 5 | Telephone: (213) 443-3000 |
| 6 | Facsimile: (213) 443-3100 |
| 7 | *Attorneys for Plaintiffs ViaSat, Inc. and ViaSat Communications, Inc. f/k/a WildBlue Communications, Inc.* |
| 8 | |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 29, 2013, I caused the foregoing **JOINT MOTION JOINT MOTION TO CHANGE HEARING DATE AND BRIEFING SCHEDULE t**o be served on opposing counsel via the Court's CM/ECF system.

By: */s/ Patrick C. Bageant*