# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 3:12-CV-00260-H (WVG) <br><br> **SCHEDULING ORDER** |

On October 30, 2013, the Court held a telephonic phone conference with the parties to set certain dates and deadlines. Sean S. Pak and Charles Verhoeven appeared for Plaintiffs ViaSat, Inc. and ViaSat Communications, Inc., f/k/a Wildblue Communications, Inc. Joseph Samuel Grinstein, Jacob W. Buchdahl, and Amanda K. Bonn appeared for Defendants Space Systems/Loral, Inc. and Loral Space and Communications, Inc.

The Court set the following dates and deadlines:

(1)    As previously ordered, all motions other than motions to amend or join parties or motions in limine are due on or before December 13, 2013. (Doc. No. 292 at 3.)

(2)    The Court will hear all motions for summary judgment related to non-infringement on January 17, 2014 at 9:00 am. An opposition to a non-infringement motion is due on January 3, 2014. A reply is due on January 10, 2014.

(3)    The Court will hear all <u>Daubert</u> motions on January 24, 2014 at 9:00 am. An opposition to a <u>Daubert</u> motion is due on January 6, 2014. A reply is due on January 13, 2014.

(4)    The Court will hear all motions for summary judgment related to invalidity and breach of contract on January 31, 2014 at 1:00 pm. An opposition to an invalidity or breach of contract motion is due on January 10, 2014. A reply is due on January 17, 2014.

(5)    The Court does not invite other motions. Should a party opt to file a motion other than those listed above, it must file by December 13, 2013 and call the Court's law clerk to set a hearing date.

In addition to the dates and deadlines on which the parties agreed during the conference, the Court will hear all motions in limine on March 7, 2014 at 1:00 pm. A motion in limine is due on February 7, 2014. An opposition is due on February 21, 2014. A reply is due on February 28, 2014. Absent further ruling of the Court, each party is limited to five motions in limine.

**IT IS SO ORDERED.**

DATED: October 30, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT