# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>    Plaintiffs,<br><br> vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>    Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE '808 PATENT** |

On October 24, 2013, Plaintiffs ViaSat Inc. and ViaSat Communications, Inc. (collectively "ViaSat") and Defendants and Counterclaim Plaintiffs Space Systems Loral, LLC f/k/a Space Systems Loral, Inc. and Loral Space & Communications Inc. (collectively "SS/L") filed a joint motion for entry of partial summary judgment in favor of ViaSat on SS/L's claim for infringement of U.S. Patent No. 6,879,808. (Doc.

1  No. 420.)  The Court determines that the parties have shown good cause for entry of
2  summary judgment on this issue.  Accordingly, the Court grants the parties' joint
3  motion.

4  **IT IS SO ORDERED.**

5  DATED: November 13, 2013

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT