QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875 6600

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S Figueroa Street 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000

Attorneys for Plaintiff ViaSat, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br>VIASAT COMMUNICATIONS, INC.,<br>f/k/a WILDBLUE<br>COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE SYSTEMS/LORAL, INC.,<br>LORAL SPACE &<br>COMMUNICATIONS,<br>INC.,<br><br>Defendants. | CASE NO. 3:12-cv-00260-H-WVG<br><br>**VIASAT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT THAT SS/L MAY NOT RECOVER PRE-FILING DAMAGES**<br><br>Date: January 24, 2014<br>Time: 9:00 a.m.<br>Place: Courtroom 15A |

1   PLEASE TAKE NOTICE that on January 24, 2014 at 9:00 a.m. in the
2   courtroom of the Honorable Marilyn L. Huff, located at United States Courthouse,
3   Courtroom 15A (15th Floor –Annex), 333 West Broadway, San Diego, California
4   92101, Plaintiff will, and hereby does, move for an order granting Plaintiff and
5   Counterclaim-Defendant's Motion for Summary Judgment that Defendant and
6   Counterclaim-Plaintiff Space Systems/Loral, Inc. may not recover pre-filing
7   damages.
8   The motion is based on this Notice of Motion and Motion, the Memorandum
9   of Points and Authorities filed concurrently herewith, the supporting declaration of
10  Matthew D. Cannon, and any all other materials the Court deems proper.
11
12  DATED: December 16, 2013          Respectfully submitted,
13                                    QUINN EMANUEL URQUHART &
14                                    SULLIVAN, LLP
15
16                                    By  /s/ Sean S. Pak
                                          Sean S. Pak
17
18                                    Attorneys for Plaintiff ViaSat, Inc.
19
20
21
22
23
24

-1-   Case No. 3:12-cv-00260-H-WVG
NOTICE OF VIASAT'S MOTION FOR SUMMARY JUDGMENT OF NO PRE-FILING DAMAGES

## CERTIFICATE OF SERVICE

I hereby certify that, on December 16, 2013, I caused the foregoing **VIASAT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT THAT SS/L MAY NOT RECOVER PRE-FILING DAMAGES** to be served on Defendants' counsel via the Court's ECF system and via e-mail.

DATED: December 16, 2013

By  */s/ Sean S. Pak*
Sean S. Pak