William Christopher Carmody
(Admitted *pro hac vice*)
Jacob W. Buchdahl
(Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone:  (212) 336-8330
Facsimile:   (212) 336-8340
Email: bcarmody@susmangodfrey.com
Email: jbuchdahl@susmangodfrey.com

Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone:  (310) 789-3100
Facsimile:   (310) 789-3150
Email: mseltzer@susmangodfrey.com

[Additional counsel listed below signature line]

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br><br>        Plaintiff,<br>vs.<br><br>SPACE SYSTEMS/LORAL, INC.,<br>LORAL SPACE &<br>COMMUNICATIONS INC.,<br><br>        Defendants/Counterclaim<br>        Plaintiffs. | Case No. 3:12-cv-00260-H-WVG<br><br>Hon. Marilyn L. Huff<br><br>**UNOPPOSED MOTION TO EXPEDITE BRIEFING** |

Defendants Space Systems/Loral, LLC, and Loral Space & Communications, Inc. (collectively, "SS/L") have filed, contemporaneously with this unopposed motion, a Rule 72(a) Objection and Motion to Set Aside Magistrate Judge's Order Granting Evidentiary Sanctions. (Doc. No. 644.) Plaintiff ViaSat, Inc. ("ViaSat") has indicated it intends to oppose SS/L's Rule 72(a) motion.

SS/L's Rule 72(a) motion involves issues that are significantly related to ViaSat's pending Motion to Exclude Expert Testimony Regarding Allegedly Non-Infringing Alternatives. (Doc. No. 532.) That motion is scheduled to be heard on January 31, 2014. (Doc. No. 599.)

Because the Motions are related, counsel for ViaSat and counsel for SS/L have met and conferred on an expedited briefing schedule to allow both motions to be heard at the same time. Subject to the Court's permission, they propose:

- On or before <u>January 15, 2014</u>: SS/L's deadline to file a Rule 72(a) objection of no more than 20 pages in length.

- On or before <u>January 24, 2014</u>: ViaSat's deadline to file an opposition of no more than 20 pages to SS/L's Rule 72(a) motion.

- On or before <u>January 27, 2014</u>: SS/L's deadline to file a reply of no more than 5 pages in support of its Rule 72(a) motion.

- <u>January 31, 2014, 1:00 p.m.</u>: Hearing on SS/L's Rule 72(a) motion.

SS/L and ViaSat believe that the streamlined and expedited schedule proposed above will facilitate an efficient resolution of both ViaSat's pending Motion to Exclude Expert Testimony, and SS/L's Rule 72(a) objection, because it

1  will present those related motions to the Court promptly, and at a single hearing.
2  They respectfully request that the Court enter the proposed order filed herewith.

3

4  Dated: January 16, 2014          By:   */s/ Patrick C. Bageant*

5

6  Marc M. Seltzer
   Amanda K. Bonn
7  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
8  Los Angeles, CA 90067-6029
   Telephone: (310) 789-3100
9  Fax: (310) 789-3150
   Email: abonn@susmangodfrey.com
10

11 William Christopher Carmody
   (Admitted *Pro Hac Vice*)
12 Jacob W. Buchdahl
   (Admitted *Pro Hac Vice*)
13 SUSMAN GODFREY L.L.P.
   560 Lexington Avenue, 15th Floor
14 New York, NY 10022
   Telephone: (212) 336-8330
15 Fax: (212) 336-8340

16
   Joseph S. Grinstein
17 (Admitted *Pro Hac Vice*)
   William R. H. Merrill
18 (Admitted *Pro Hac Vice*)
   SUSMAN GODFREY L.L.P
19 1000 Louisiana Street, Suite 5100
   Houston, Texas 77002-5096
20 Telephone:  713-653-7856
   Facsimile:   713-654-6666
21
   Email: jgrinstein@susmangodfrey.com
22 Email: bmerrill@susmangodfrey.com

23
   Ian B. Crosby
24

2                    No. 3:12-cv-00260-H-WVG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

(Admitted *Pro Hac Vice*)
Rachel S. Black
(Admitted *Pro Hac Vice*)
Patrick C. Bageant (275135)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3861
Fax: (206) 516-3883
Email: icrosby@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: pbageant@susmangodfrey.com

*Attorneys for Defendants/Counterclaim Plaintiffs Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 16, 2014, I caused the foregoing **UNOPPOSED MOTION TO EXPEDITE BRIEFING** to be served on opposing counsel via the Court's CM/ECF system.

Dated: January 16, 2014       By:   */s/ Patrick C. Bageant*