QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875 6600

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S Figueroa Street 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000

Attorneys for Plaintiff ViaSat, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br>VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>　　　　Defendants. | CASE NO. 3:12-cv-00260-H-WVG<br><br>**PLAINTIFF VIASAT INC.'S LIST OF WITNESSES FOR TRIAL PURSUANT TO RULE 26(A)(3)**<br><br>Courtroom: 15A<br>Judge:　　Hon. Marilyn L. Huff |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i) and the Seventh Amended Case Management Conference Order (Dkt. 451), Plaintiff ViaSat, Inc. ("ViaSat") submits the following list of witnesses that it expects to or may call to testify at trial other than solely for impeachment.  The witnesses included on this list may be presented live or by deposition designation if their deposition has been taken.  Because the admissibility of testimony from a witness is dependent on the context, the inclusion of a witness on ViaSat's list of witnesses should not be construed as a waiver of the right to object to the witness or to the use of testimony from the witness(es) when called by Defendants.  Further, nothing herein shall be construed as an agreement that any individual who is outside the subpoena power of the Court will appear for trial.  This witness list is based upon ViaSat's current knowledge and understanding of the claims and defenses in this matter.  ViaSat reserves the right to amend or supplement its list of witnesses, including in response to any evidence offered by Defendants at trial and/or on the basis of any information or documents obtained during trial.  In addition, ViaSat reserves the right to call at trial any witness on Defendants' witness list, by deposition or otherwise.

## I.   EXPERT WITNESSES

**1.   Chris G. Bartone, Ph.D, P.E.**

With respect to the address, statement of qualifications, and substance of this expert's testimony, ViaSat incorporates by reference all expert reports previously or subsequently produced by this expert.

1  **2. Dr. Marshall H. Kaplan**

2  With respect to the address, statement of qualifications, and substance of this
3  expert's testimony, ViaSat incorporates by reference all expert reports previously or
4  subsequently produced by this expert.

5  **3. Brian W. Napper**

6  With respect to the address, statement of qualifications, and substance of this
7  expert's testimony, ViaSat incorporates by reference all expert reports previously or
8  subsequently produced by this expert.

9  **4. Daniel J. Slottje, Ph.D.**

10  With respect to the address, statement of qualifications, and substance of this
11  expert's testimony, ViaSat incorporates by reference all expert reports previously or
12  subsequently produced by this expert.

13  **5. Paul G. Steffes, Ph.D.**

14  With respect to the address, statement of qualifications, and substance of this
15  expert's testimony, ViaSat incorporates by reference all expert reports previously or
16  subsequently produced by this expert.

17  **6. Mark A. Sturza**

18  With respect to the address, statement of qualifications, and substance of this
19  expert's testimony, ViaSat incorporates by reference all expert reports previously or
20  subsequently produced by this expert.

21

22

23

24

## II. FACT WITNESSES

| No. | Witness and Address | Expects to Call | May Call if Need Arises | May Call by Deposition |
|---|---|---|---|---|
| 1 | Aliamus, Michael<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | | X | X |
| 2 | Bannerman, Julie<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>41 Santa Ana Avenue<br>San Francisco, CA 94127 | | X | X |
| 3 | Berry, Robert<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br>14242 Shoals Court<br>Los Altos Hills, CA 94022 | | X | X |
| 4 | Burr, Douglas<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |
| 5 | Caporicci, Lucio<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |
| 6 | Celli, John<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | | X | X |

| No. | Witness and Address | Expects to Call | May Call if Need Arises | May Call by Deposition |
|---|---|---|---|---|
| 7 | Chan, Hampton<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |
| 8 | Colucci, Anthony<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | | X | X |
| 9 | Currier, Richard<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |
| 10 | Friedman, Arnold<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |
| 11 | Goldfelder, Barry<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | | X | X |
| 12 | Gonzalez, David<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | | X | X |
| 13 | Harms, Gregory<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |

| No. | Witness and Address | Expects to Call | May Call if Need Arises | May Call by Deposition |
|---|---|---|---|---|
| 14 | Hreha, William<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |
| 15 | Hoeber, Christopher<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |
| 16 | Kamenetsky, Max<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | | X | X |
| 17 | Kota, Sastri<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | | X | X |
| 18 | Leung, Kenneth<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | | X | X |
| 19 | Nations, William<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002<br><br>2281 Anchor Court<br>Placerville, CA 95667 | | X | X |
| 20 | Pavloff, Michael<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X | | X |

| No. | Witness and Address | Expects to Call | May Call if Need Arises | May Call by Deposition |
|---|---|---|---|---|
| 21 | Puentes, David<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 |  | X | X |
| 22 | Sawdey, James<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X |  | X |
| 23 | Stiles, William<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X |  | X |
| 24 | Targoff, Michael<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X |  | X |
| 25 | Tillmann, Andy<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 | X |  | X |
| 26 | Wong, Kam<br>c/o Loral counsel<br>Susman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002 |  | X | X |
| 27 | Gaske, Thomas<br>c/o Hughes counsel<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | X |  | X |

| No. | Witness and Address | Expects to Call | May Call if Need Arises | May Call by Deposition |
|---|---|---|---|---|
| 28 | Morris, Adrian<br>c/o Hughes counsel<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 | X | | X |
| 29 | Abrahamian, David<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 30 | Agnew, Marc<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 31 | Agarwal, Anil<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | X | | |
| 32 | Baldridge, Richard<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 33 | Dankberg, Mark<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | X | | |
| 34 | Duffy, Shawn<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |

| No. | Witness and Address | Expects to Call | May Call if Need Arises | May Call by Deposition |
|---|---|---|---|---|
| 35 | Eidenshink, Tom<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 36 | Fuerst, Russell<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 37 | Hallstrom, Bill<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 38 | Harkenrider, Kevin<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | X | | |
| 39 | Hart, Steven<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 40 | Hudson, Erwin<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 41 | Lippert, Keven<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |

| No. | Witness and Address | Expects to Call | May Call if Need Arises | May Call by Deposition |
|---|---|---|---|---|
| 42 | Mendelsohn, Aaron<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | X | | |
| 43 | Miller, Mark<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | X | | |
| 44 | Tanner, Joel<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 45 | Moore, Thomas<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 46 | Tchorz, John<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |
| 47 | Turak, Dan<br>c/o ViaSat counsel<br>Quinn Emanuel<br>50 California St., 22nd Flr<br>San Francisco, CA 94105 | | X | |

| | | |
|---|---|---|
| 1 | DATED: January 21, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By */s/ Sean S. Pak*<br>    Sean S. Pak |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>ViaSat, Inc. |

# CERTIFICATE OF SERVICE

I hereby certify that, on January 21, 2014, I caused the foregoing **PLAINTIFF VIASAT INC.'S LIST OF WITNESSES FOR TRIAL PURSUANT TO RULE 26(A)(3)** to be served on Defendants' counsel via the Court's ECF system and via e-mail.

DATED: January 21, 2014

By */s/ Sean S. Pak*
Sean S. Pak