# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 3:12-CV-00260-H (WVG) <br><br> **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |

On April 18, 2014, Plaintiff ViaSat, Inc. ("ViaSat") filed a motion for leave to file documents under seal. (Doc. No. 995.) Specifically, ViaSat asks to file under seal its trial brief regarding proposed questions to ask the jurors. (Id.) ViaSat seeks to seal this document pursuant to the terms of the Court's protective order. (Doc. No. 477.)

After reviewing the document in question, the Court concludes that good cause exists to seal the document. Accordingly, the Court grants ViaSat's request to file the document under seal without prejudice to the Court's modifying this order at a later time.

**IT IS SO ORDERED.**

DATED: April 23, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT