MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC., ET AL    VS    SPACE SYSTEMS/LORAL, INC.

Case Number:    12CV0260-H-WVG    **WITNESS LIST**    Type of Hearing: JURY TRIAL

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| March 25, 2014 | X | | Mark Dankberg |
| March 26, 2014 | X | | Mark Dankberg |
| March 26, 2014 | X | | Richard Baldridge |
| March 26, 2014 | X | | Kathy Shockey |
| March 26, 2014 | X | | Gregory Harms (video deposition) |
| March 26, 2014 | X | | Douglas Burr |
| March 27, 2014 | X | | Douglass Burr |
| March 27, 2014 | X | | Keven Lippert |
| March 27, 2014 | X | | Andy Tillmann |
| March 28, 2014 | X | | Andy Tillmann |
| March 28, 2014 | X | | James Sawdey (video deposition) |
| March 28, 2014 | X | | Christopher Hoeber |
| March 28, 2014 | X | | Hampton Chan |
| April 2, 2014 | X | | Michael Targoff |
| April 2, 2014 | X | | Mark Miller |
| April 2, 2014 | X | | Adrian Morris (video deposition) |
| April 2, 2014 | X | | Chris Bartone |
| April 3, 2014 | X | | Chris Bartone |
| April 3, 2014 | X | | Mark Sturza |
| April 3, 2014 | X | | Daniel Slottje |
| April 4, 2014 | X | | Daniel Slottje |
| April 4, 2014 | | X | David Roos |
| April 4, 2014 | | X | Hermann Helgert |
| April 4, 2014 | | X | Mark Thompson |
| April 8, 2014 | | X | Mark Thompson |
| April 8, 2014 | | X | Joel Schindall |
| April 8, 2014 | | X | Jiovanni Celli |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| VIASAT, INC., ET AL | | VS | SPACE SYSTEMS/LORAL, INC. |
|---|---|---|---|
| Case Number: 12CV0260-H-WVG | | **WITNESS LIST** | Type of Hearing: JURY TRIAL |

| DATE | PLF. | DEF. | WITNESS NAME |
|---|---|---|---|
| April 9, 2014 | | X | Jiovanni Celli |
| April 9, 2014 | | X | John Tchorz (video deposition) |
| April 9, 2014 | | X | Hampton Chan |
| April 9, 2014 | | X | Kristi Jaska |
| April 9, 2014 | | X | Max Kamenetsky |
| April 9, 2014 | | X | Thomas Paul Gaske |
| April 9, 2014 | | X | Christine Meyer |
| April 9, 2014 | X | | Chris Bartone |
| April 9, 2014 | X | | Mark Sturza |
| April 10, 2014 | X | | Mark Dankberg |