| | VIASAT, INC., ET AL | VS | SPACE SYSTEMS/LORAL, INC. |

Case Number: 12CV0260-H-WVG  **EXHIBIT LIST**  Type of Hearing: JURY TRIAL

 X  Plaintiff  ___ Defendant  ___ Court

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V5 | March 26, 2014 | March 26, 2014 | 2010 Raymond James evaluation of the Consumer Broadband market relating to satellites |
| V12 | April 3, 2014 | April 4, 2014 (Under Seal) | Hughes Financials (Redacted) |
| V13 | April 3, 2014 | April 3, 2014 | 8/19/2010 Hughes presentation slides, "Jupiter Traffic Planning" |
| V24 | April 2, 2014 | April 2, 2014 | 11/10/2009 Application for Satellite Space Station Authorizations filed by HNS, LLC |
| V30 | April 3, 2014 | | 8/20/2009 Satellite Capacity Lease Agreement between Barrett Xplore and Hughes Network Systems |
| V31 | April 2, 2014 | April 2, 2014 | 10/2/2007 HNS SSL-1 Satellite Description |
| V32 | April 2, 2014 | April 2, 2014 | 10/2/2007 Presentation slides, "HNS SSL-1 Satellite Description" |
| V34 | April 2, 2014 | April 2, 2014 | 9/27/2007 Presentation slides, "HNS Spot Beam Antennas: Gateways" |
| V35 | April 2, 2014 | April 2, 2014 | 9/20/2007 Morris presentation slides, "HNS Spot Beam Satellite Discussion" |
| V36 | April 2, 2014 | April 2, 2014 | 11/8/2007 HughesNet Ka-Band Satellite Performance Specification |
| V38 | April 2, 2014 | April 2, 2014 | 5/31/2007 Presentation slides, "HNS Spot Beam Satellite |
| V176 | April 3, 2014 | April 3, 2014 | 10/19/2012 NBN Co 1A and 1B Preliminary Design Review (PDR) Presentation prepared by Space Systems/Loral for NBN Co Procurement Tender No A004 |
| V179 | April 3, 2014 | April 3, 2014 | 5/17/2010 Hughes Jupiter Critical Design Review Volume 1-Data Package |
| V180 | April 3, 2014 | April 3, 2014 | 5/17/2010 Hughes Jupiter Critical Design Review: Volume 2—Data Analysis |
| V188 | March 26, 2014 | March 26, 2014 | 1/7/2008 Contract between ViaSat, Inc. and Space Systems/Loral, Inc. |
| V189 | April 8, 2014 | April 8, 2014 | 10/20/2004 "AMC-17 Proposal; Volume 1-Executive Summary" |
| V190 | April 2, 2014 | April 2, 2014 | 1/24/2011 Hughes, Jupiter Ka-Band Satellite Performance Specification (Specification), Exhibit B, Version 3 |
| V204 | April 2, 2014 | April 2, 2014 | 8/22/2008 Email from Abrahamian to Danckwerth et al. with attachments |
| V209 | April 2, 2014 | April 2, 2014 (Under Seal) | 12/31/2009 Satellite Capacity and Gateway Service Agreement between Loral Space & Communications Inc. and Barrett Xplore, Inc. |
| V217 | April 9, 2014 | April 9, 2014 | 1/26/2007 Email from Shockey to Lippert et al. with attachments |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC., ET AL   VS   SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG  **EXHIBIT LIST**  Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V220 | April 2, 2014 | April 2, 2014 | 9/21/2007 Email from Chan to Mendelsohn et al. with attachments |
| V221 | March 26, 2014 | March 26, 2014 | 1/27/2007 Email from Friedman to Shockey with thread |
| V223 | March 26, 2014 | March 26, 2014 | 8/8/2006 Powerpoints, "@Contact-1; High Capacity GEO Internet Satellite; Pre-ROM Executive Review" |
| V225 | March 28, 2014 | March 28, 2014 | 7/28/2006 Email from Sawdey to Moore et al., with attachments |
| V232 | March 26, 2014 | | 9/20/2006 Powerpoints, "Rural Broadband Business," attached to above email |
| V233 | April 9, 2014 | April 9, 2014 | 1/8/2007 Email exchange between Shockey, Olmstead and Friedman with attachment |
| V240 | April 2, 2014 | April 2, 2014 | 5/25/2012 Jupiter Pre-Shipment Review Presentation |
| V243 | March 26, 2014 | March 26, 2014 | 9/22/2006 Email from Shockey to Currier with thread and attachments |
| V291 | March 28, 2014 | March 28, 2014 | 10/25/2007 Executive Meeting Minutes |
| V301 | March 26, 2014 | March 26, 2014 | 7/21/2006 Email from Olmstead to Targoff et al. |
| V307 | March 26, 2014 | March 26, 2014 | 5/4/2007 Email from Harms to Burr et al. with forwarded email and attachments |
| V335 | March 26, 2014 | March 26, 2014 | 6/17/2009 Email from Harms to Friedman et al. with attachment |
| V343 | March 28, 2014 | March 28, 2014 | 9/11/2008 Email from Bossert to Singh et al. |
| V344 | March 26, 2014 | March 26, 2014 | 9/14/2008 Email from Bossert to Singh et al. |
| V360 | March 26, 2014 | March 26, 2014 | 10/30/2009 Email from Greg Harms to Caporicci with attachment |
| V364 | March 26, 2014 | March 26, 2014 | 3/28/2007 Email from Shockey to Friedman et al. |
| V387 | March 28, 2014 | March 28, 2014 | 10/5/2007 Email from Aliamus to Tillmann et al. with attachment |
| V389 | March 28, 2014 | March 28, 2014 | Executive Meeting Minutes |
| V418 | March 28, 2014 | March 28, 2014 | 11/20/2008 Email from Tillmann to Tillmann |
| V425 | March 27, 2014 | March 27, 2014 | 8/20/2009 Email from McCormick to Clemente et al. with attachment |
| V447 | March 28, 2014 | March 28, 2014 | 10/16/2007 Email from Sawdey to Roos et al. with attachment |
| V472 | March 26, 2014 | March 26, 2014 | 11/2/2006 Email exchange between Olmstead and Shockey et al. |
| V474 | March 26, 2014 | March 26, 2014 | 3/3/2009 Email exchange between Ommering and Shockey |
| V479 | March 28, 2014 | March 28, 2014 | 3/21/2007 Email from Sawdey to Morris et al. with attachment |

| | VIASAT, INC., ET AL | VS | SPACE SYSTEMS/LORAL, INC. | |

Case Number: 12CV0260-H-WVG     **EXHIBIT LIST**     Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V499 | March 28, 2014 | March 28, 2014 | 1/1/2012 Email exchange between Caporicci and Hoeber |
| V517 | March 25, 2014 | March 25, 2014 | 8/1/2006 Email exchange between Moore and Sawdey et al. |
| V519 | April 2, 2014 | April 2, 2014 | 7/6/2006 Email from Olmstead to Friedman et al. with thread |
| V520 | March 27, 2014 | March 27, 2014 | 4/27/2007 Email from Friedman to Agnew et al. with thread |
| V522 | April 2, 2014 | April 2, 2014 | 6/3/2008 Application for Satellite Space Station Authorizations filed by HNS, LLC |
| V524 | April 4, 2014 | April 4, 2014 | 4/24/2012 Hughes Application for Satellite Space Station Authorization |
| V567 | April 3, 2014 | April 3, 2014 | 3/18/2013 NBN CDR Vol. 1 Data Package |
| V572 | April 3, 2014 | April 3, 2014 | 3/18/2013 NBN Co 1A and 1B Critical Design Review (CDR); Volume 2-Data Analysis Book 3 of 3 |
| V575 | March 27, 2014 | March 27, 2014 | 10/17/2007 Email from Sawdey to Roos et al. with attachments |
| V603 | April 3, 2014 | April 3, 2014 | 1/24/2011 "Jupiter Ka-Band Satellite Performance Specification (Specification)," Exhibit B, Version 3, prepared by Hughes Network Systems, LLC |
| V623 | March 28, 2014 | March 28, 2014 | 6/16/2008 Email exchange between Tillmann and Friedman |
| V637 | March 28, 2014 | March 28, 2014 | 6/3/2008 Email from Caporricci to Hoeber et al |
| V638 | March 28, 2014 | March 28, 2014 | 3/9/2007 Space Systems/Loral presentation slides, "HNS Preliminary Discussions" |
| V639 | March 28, 2014 | March 28, 2014 | Space Systems/Loral presentation slide, "HNS Capacity Concern and Justification" |
| V643 | March 28, 2014 | March 28, 2014 | 2/6/2008 Email from Caporicci to Estey et al. with thread |
| V644 | March 28, 2014 | March 28, 2014 | 4/11/2008 Email from Caporicci to Tillmann et al. |
| V658 | March 26, 2014 | March 26, 2014 | 3/4/2009 Email exchange between Shockey and Olmstead et al. |
| V662 | March 28, 2014 | March 28, 2014 | 11/14/2007 Presentation slides, "HughesNet 1 Satellite; Technical Review & Cost KO" with native |
| V675 | March 27, 2014 | March 27, 2014 | 2/28/2007 Email from Tillmann to Morris et al. |
| V680 | March 26, 2014 | March 26, 2014 | 8/28/2007 Email from Harms to Friedman with attachment |
| V681 | April 2, 2014 | April 2, 2014 | 4/24/2007 Email exchange between Morris and Tillmann et al. |
| V706 | March 28, 2014 | March 28, 2014 | 12/4/2007 Email from Chan to Celli et al. with attachment |

| | VIASAT, INC., ET AL | VS | SPACE SYSTEMS/LORAL, INC. |
|---|---|---|---|

Case Number: 12CV0260-H-WVG     **EXHIBIT LIST**     Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V707 | March 28, 2014 | March 28, 2014 | 4/29/2008 Email exchange between Caporicci and Tillmann et al. |
| V726 | March 28, 2014 | March 28, 2014 | 5/4/2007 Email from Chan to Sawdey et al. with thread. |
| V738 | March 28, 2014 | March 28, 2014 | 6/19/2009 Email from Hoeber to Celli |
| V778 | March 28, 2014 | March 28, 2014 | 12/31/2011 Email exchange between Caporicci and Hoeber et al. with attachment |
| V791 | April 2, 2014 | April 2, 2014 | 6/19/2009 Partially signed Guaranty by Space Systems/Loral and Loral Space & Communications regarding monetary obligations to Hughes Network Systems |
| V803 | April 2, 2014 | April 2, 2014 | 5/25/2011 ViaSat-1 Flight Readiness Review |
| V834 | April 2, 2014 | April 2, 2014 | 9/22/2010 Email from Currier to Targoff with attachments |
| V849 | March 26, 2014 | March 26, 2014 | 9/29/2007 Email from Burr to Harms et al. |
| V859 | April 2, 2014 | April 2, 2014 | 1/28/2009 ViaSat-1 Critical Design Review, Volume 2, Data Analysis |
| V874 | March 28, 2014 | March 28, 2014 (Front Page Only) | 2/22/2012 Email exchange between Hoeber and Singh |
| V936 | March 27, 2014 | March 27, 2014 | 9/7/2010 U.S. Patent No. 7,792,070 |
| V939 | April 8, 2014 | April 8, 2014 | 8/19/2009 Letter from Baldridge to Celli responding to 8/5/2009 letter |
| V953 | March 28, 2014 | March 28, 2014 | 3/28/2007 Email from Sawdey to Durvasula et al. |
| V972 | March 27, 2014 | March 27, 2014 | 8/28/3007 Email from Harms to Friedman et al.with attachments |
| V974 | April 2, 2014 | April 2, 2014 | 4/30/2007 Email from Friedman to himself with thread |
| V982 | April 2, 2014 | April 2, 2014 | 7/28/2009 Email from Friedman to Currier with thread |
| V989 | March 28, 2014 | March 28, 2014 | 1/8/2008 Email from Tillmann to DeWitt et al. |
| V1005 | April 8, 2014 | April 8, 2014 | 7/30/2009 Email from Celli to Targoff et al. |
| V1012 | April 9, 2014 | April 9, 2014 | 1/8/2010 Email exchange between Celli and Targoff |
| V1015 | April 2, 2014 | April 2, 2014 | 8/8/2009 Email from Celli to Targoff et al. |
| V1016 | April 9, 2014 | April 9, 2014 | 9/29/2011 Email exchange between Celli and Targoff |
| V1034 | March 28, 2014 | | Untitled Hughes/SSL presentation slides |
| V1037 | March 28, 2014 | March 28, 2014 | 10/29/2007 Internal SS/L notes, "ViaSat and other Broadband Customers (Draft)" |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC., ET AL   VS   SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG       **EXHIBIT LIST**       Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V1038 | March 28, 2014 | March 28, 2014 | Excel spreadsheet created by Hampton Chan |
| V1047 | April 2, 2014 | April 2, 2014 | 3/26/2008 Email from Targoff to Currier with attachment |
| V1048 | April 2, 2014 | April 2, 2014 | 1/8/2008 Email from Targoff to Katz with thread and attachments |
| V1050 | April 2, 2014 | April 2, 2014 | 2/2/2012 Email from Targoff to Mizrahi et al. with attachment |
| V1061 | April 2, 2014 | April 2, 2014 | 12/31/2009 Loral Space & Communications 10-K SEC Filing |
| V1072 | April 2, 2014 | April 2, 2014 | 1/15/2009 Email from Targoff to Friedman et al. with thread |
| V1075 | April 2, 2014 | April 2, 2014 | 1/11/2012 Email from Currier to Targoff with thread |
| V1112 | March 26, 2014 | March 26, 2014 | 11/8/2007 Email exchange between Harms and Mendelsohn et al. |
| V1115 | April 2, 2014 | April 2, 2014 | 9/26/2006 Provisional Application 60/827,038 |
| V1121 | April 8, 2014 | April 8, 2014 | 10/3/2006 U.S. Provisional Application No. 60/827,964 |
| V1122 | April 3, 2014 | April 3, 2014 | 7/20/2007 U.S. Provisional Application No. 60/951,178 |
| V1130 | April 2, 2014 | April 2, 2014 | 8/24/2007 ViaSat presentation slides, "Alternative Frequency Plan; LMDS and 29.375 GSO Band" |
| V1132 | April 3, 2014 | April 3, 2014 | 8/24/2007 ViaSat presentation slides, "Alternative Frequency Plan; LMDS and 29.375 GSO Band" |
| V1147 | March 28, 2014 | March 28, 2014 | 8/3/2006 Email chain from Sawdey to Moore et al. with attachment |
| V1148 | March 26, 2014 | March 26, 2014 | 8/2/2006 Powerpoints, "@Contact-1; High Capacity GEO Internet Satellite" |
| V1149 | March 28, 2014 | March 28, 2014 | 8/2/06 Email from Sawdey to Moore et al. |
| V1192A | March 27, 2014 | March 27, 2014 | Patent Application, Application Number 11/891,086, filing date 08/08/2007 |
| V1192B | March 27, 2014 | March 27, 2014 | Combined Declaration and Power of Attorney for Utility or Design Patent Application, Attorney Docket Number 40000020-0151 (VST00761247-VST00761248) |
| V1193A | March 27, 2014 | March 27, 2014 | Patent Application, Application Number 12/861,702, filing date 08/23/2010 |
| V1193B | March 27, 2014 | March 27, 2014 | Combined Declaration and Power of Attorney for Utility or Design Patent Application, Attorney Docket Number 40000020-0151 (VST00761537-VST00761538) |
| V1195 | April 2, 2014 | April 2, 2014 | 9/17/2007 Email from Miller to Harms et al. with attachment |
| V1199 | April 2, 2014 | April 2, 2014 | 10/2/2007 Email from Miller to Mendelsohn et al. with attachment |
| V1206 | April 2, 2014 | April 2, 2014 | 5/4/2007 Email from Miller to Burr et al. with attachment |

VIASAT, INC., ET AL   VS   SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG    **EXHIBIT LIST**    Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V1224 | April 9, 2014 | April 9, 2014 | 10/2/2007 Email from Miller to Mendelsohn et al. with attachment |
| V1265 | March 27, 2014 | March 27, 2014 | 1/28/2008 Agreement between ViaSat, Inc. and Loral Space & Communications, Inc. |
| V1270 | April 2, 2014 | April 2, 2014 | 1/28/2009 ViaSat-1 CDR Presentation |
| V1275 | April 9, 2014 | April 9, 2014 | 11/13/2006 Email from Shockey to Ferrante et al. with thread and attachment |
| V1282 | March 27, 2014 | March 27, 2014 | 9/19/2007 Email from Jared Flinn to Pavloff et al. with attachment |
| V1285 | March 27, 2014 | March 27, 2014 | 7/5/2007 Email from Lippert to Bannerman with thread and attachment |
| V1289 | April 2, 2014 | April 2, 2014 | 8/30/2011 U.S. Patent No. 8,010,043 |
| V1290 | March 26, 2014 | March 26, 2014 | 11/29/2011 U.S. Patent No. 8,068,827 |
| V1291 | March 27, 2014 | April 4, 2014 | 1/31/2012 U.S. Patent 8,107,875 (Same as Exhibit S81) |
| V1296 | March 26, 2014 | March 26, 2014 | 12/14/2006 Email from Miller to Burr |
| V1325 | April 2, 2014 | April 2, 2014 | 3/13/2007 email from Miller to Baran et al. with attachment |
| V1328 | April 3, 2014 | April 3, 2014 | 6/23/2008 ViaSat, Inc. FCC Application for Space and Earth Station: MOD or AMD |
| V1333 | April 3, 2014 | April 3, 2014 | 1/28/2009 ViaSat-1 Critical Design Review, Volume 1, Data Package |
| V1335 | March 27, 2014 | | 11/29/2008 ViaSat/HNS Capacity Sharing Agreement Non-binding Term Sheet |
| V1352 | April 9, 2014 | April 9, 2014 | 1/3/2008 Email from Lippert to Bannerman et al. with attachment |
| V1374 | April 3, 2014 | April 3, 2014 | ViaSat financials |
| V1383 | March 26, 2014 | March 26, 2014 | 4/9/2009 U.S. Patent Application Publication No. 2009/0093213 regarding U.S. Patent Application No. 12/248,714 filed 10/9/2008 |
| V1439 | March 26, 2014 | March 26, 2014 | 4/13/2007 Provisional Patent Application, No. 60/923,263 |
| V1571 | March 26, 2014 | March 26, 2014 | 6/4/2010 Loral press release, "Barrett Xplore Elects Maximum Capacity Usage of Loral Broadband Payload on ViaSat-1 Satellite" |
| V1630 | April 8, 2014 | | Beam Map Illustration |
| V1710 | April 3, 2014 | | Summary of Lost Profits Damages, Exhibit 4 to the 10/25/2013 Expert Report Regarding Plaintiffs' Affirmative Damages Claims |
| V1711 | April 3, 2014 | | Net Present Value of Incremental Hughes Subscribers, Exhibit 5 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |

VIASAT, INC., ET AL    VS    SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG    **EXHIBIT LIST**    Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V1712 | April 3, 2014 | | Scenario 1 - Incremental Benefit of Hughes' Jupiter-1 Subscribers, Exhibit 5A to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1713 | April 3, 2014 | | Scenario 2 - Incremental Benefit of Hughes' Jupiter-1 Subscribers, Exhibit 5B to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1714 | April 3, 2014 | | Scenario 3 - Incremental Benefit of Hughes' Jupiter-1 Subscribers, Exhibit 5C to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1715 | April 3, 2014 | | Scenario 4 - Incremental Benefit of Hughes' Jupiter-1 Subscribers, Exhibit 5D to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1716 | April 3, 2014 | | Secnario 5 - Incremental Benefit of Hughes' Jupiter-1 Subscribers, Exhibit 5E to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1717 | April 3, 2014 | | Scenario 6 - Incremental Benefit of Hughes' Jupiter-1 Subscribers, Exhibit 5F to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1718 | April 3, 2014 | | Scenario 7 - Incremental Benefit of Hughes' Jupiter-1 Subscribers, Exhibit 5G to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1719 | April 3, 2014 | | Summary of ViaSat-1's Subscribers, Exhibit 6 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1720 | April 3, 2014 | | ViaSat-1's Actual Subscribers, Exhibit 7 to the 10/25/2013 Expert Report of Daniel J. Slottje, Regarding Plaintiffs' Affirmative Damages Claims |
| V1721 | April 3, 2014 | | ViaSat-1's Projected Subscribers, Exhibit 8 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1722 | April 3, 2014 | | Summary of Jupiter-1's Subscribers, Exhibit 9 to the 10/25/2013 Expert Report of Daniel J. Slottje, Regarding Plaintiffs' Affirmative Damages Claims |
| V1723 | April 3, 2014 | | Jupiter-1's Actual Subscribers, Exhibit 10 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1724 | April 3, 2014 | | Jupiter-1's Projected Subscribers, Exhibit 11 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1725 | April 3, 2014 | | ViaSat's Profit Per Subscriber, Exhibit 12 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |

| | VIASAT, INC., ET AL | VS | SPACE SYSTEMS/LORAL, INC. | |
|---|---|---|---|---|

Case Number: 12CV0260-H-WVG    **EXHIBIT LIST**    Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V1726 | April 3, 2014 | | Damages Based on Potential Infringement Scenarios (with Jupiter-1 Lost Profits), Exhibit 13 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1727 | April 3, 2014 | | Damages Based on Potential Infringement Scenarios (Jupiter-1 Reasonable Royalty Only), Exhibit 14 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1728 | April 3, 2014 | | But For Jupiter-1 Capacity Based on Potential Infringement Scenarios, Exhibit 15 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1729 | April 3, 2014 | | Calculation of Discount Rate in Hughes/Barrett Lease Transaction, Exhibit 16 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1730 | April 3, 2014 | | Calculation of Present Value of Payments in Loral/Barrett Lease Transaction, Exhibit 17 to the 10/25/2013 Expert Report of Daniel J. Slottje Regarding Plaintiffs' Affirmative Damages Claims |
| V1763 | April 3, 2014 | April 3, 2014 | Output Data from the Jupiter Capacity Measurement Tool |
| V1764 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 24 of the Jupiter Satellite |
| V1765 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 26 of the Jupiter Satellite |
| V1766 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 30 of the Jupiter Satellite |
| V1767 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 31 of the Jupiter Satellite |
| V1768 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 32 of the Jupiter Satellite |
| V1769 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 34 of the Jupiter Satellite |
| V1770 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 37 of the Jupiter Satellite |
| V1771 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 39 of the Jupiter Satellite |
| V1772 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 40 of the Jupiter Satellite |

VIASAT, INC., ET AL    VS    SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG    **EXHIBIT LIST**    Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V1773 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 41 of the Jupiter Satellite |
| V1774 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 42 of the Jupiter Satellite |
| V1775 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 49 of the Jupiter Satellite |
| V1776 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations Within Service Beam Coverage Area 55 of the Jupiter Satellite |
| V1809 | April 3, 2014 | April 3, 2014 | Input Parameters to the Jupiter Capacity Measurement Tool |
| V1810 | April 3, 2014 | April 3, 2014 | Source Code used by Mark Sturza to Analyze the Capacity of the Jupiter Satellite |
| V1811 | April 3, 2014 | April 3, 2014 | Plot Demonstrating that the Jupiter Satellite Maximizes Capacity By Using a Specific Number of Colors and Specific Beam Spacing |
| V1826 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 24 |
| V1827 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 26 |
| V1828 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 30 |
| V1829 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 31 |
| V1830 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 32 |
| V1831 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 34 |
| V1832 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 37 |
| V1833 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 39 |
| V1834 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 40 |
| V1835 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 41 |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC., ET AL  VS  SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG  **EXHIBIT LIST**  Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V1836 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 42 |
| V1837 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 49 |
| V1838 | April 3, 2014 | April 3, 2014 | Jupiter Coverage Pattern Highlighting Modulation and Coding Combinations as Sent to Locations Within Service Beam 55 |
| V1839 | April 3, 2014 | April 3, 2014 | Current Output from the NBN Co. System Capacity Tool for the NBN Co. 1A Satellite |
| V1840 | April 3, 2014 | April 3, 2014 | Current Output from the NBN Co. System Capacity Tool for the NBN Co. 1A Satellite |
| V1841 | April 3, 2014 | April 3, 2014 | Current Output from the NBN Co. System Capacity Tool for the NBN Co. 1B Satellite |
| V1842 | April 3, 2014 | April 3, 2014 | Current Output from the NBN Co. System Capacity Tool for the NBN Co. 1B Satellite |
| V1843 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations for the NBN Co. 1A Satellite |
| V1844 | April 3, 2014 | April 3, 2014 | Calculations Demonstrating Interference Dominated Locations for the NBN Co. 1B Satellite |
| V1851 | April 3, 2014 | April 3, 2014 | NBN Co. 1A Forward Spectral Efficiencies and Maximum Modulation and Coding Combinations |
| V1852 | April 3, 2014 | April 3, 2014 | NBN Co. 1B Forward Spectral Efficiencies and Maximum Modulation and Coding Combinations |
| V1871 | April 3, 2014 | April 3, 2014 | Hypothetical Alternative 7-Color Capacity Plot For The Jupiter Satellite |
| V1917 | March 28, 2014 | | 1/8/2008 Email from Comerton to Fyfe et al. with attachment |
| V1928 | March 25, 2014 | March 25, 2014 | 7/30/2006 Email exchange between Dankberg and Moore |
| V1981 | April 3, 2014 | April 3, 2014 | Source code (SSL_SC000248) |
| V1982 | April 3, 2014 | April 3, 2014 | Source code (SSL_SC000255) |
| V1983 | April 3, 2014 | April 3, 2014 | Source code - Code.cpp |
| V1984 | April 3, 2014 | April 3, 2014 | Data from "User_Initial_BN.dat |
| V1985 | April 3, 2014 | April 3, 2014 | Satellite data |
| V1986 | April 3, 2014 | April 3, 2014 | DVB-S2 Waveforms, 64.8k block Size (channel bits) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | VIASAT, INC., ET AL | VS | SPACE SYSTEMS/LORAL, INC. |

Case Number: 12CV0260-H-WVG    **EXHIBIT LIST**    Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| V1988 | April 3, 2014 | April 3, 2014 | Defendants' Response to Plaintiffs' Sixth Set of Interrogatories (Nos. 26-52) |
| V1992 | April 4, 2014 | | Opinion by the United States Court of Appeals, Federal Circuit - Collins, Inc. v. Northern Telecom Limited, et al |
| V2002 | April 9, 2014 | | Transcript of testimony from Christine Meyer in another case and in another district |