MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC., ET AL    VS    SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG    **EXHIBIT LIST**    Type of Hearing: JURY TRIAL

___ Plaintiff    _X_ Defendant    ___ Court

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| S11 | April 8, 2014 | April 8, 2014 | Capacity analysis and system optimization for the forward link of multi-beam satellite broadband systems exploiting adaptive coding and modulation |
| S81 | March 26, 2014 | March 26, 2014 | U.S. Patent: US 8,107,875 B2 |
| S165 | April 8, 2014 | April 8, 2014 | Power and Spectrum Efficient Access Services Using Dynamic Links |
| S186 | April 4, 2014 | April 4, 2014 | Beam Spreadsheet |
| S193 | April 2, 2014 | April 2, 2014 | Email exchange between Mark Miller and Daryl Hunter dated 9/6/2007 |
| S221 | March 26, 2014 | March 26, 2014 | Beam Sharing Agreement |
| S253 | March 26, 2014 | | 10/2/2007 Email from Mark Miller to Aaron Mendelsohn re Latest Specification |
| S254 | March 26, 2014 | March 26, 2014 | High Capacity Ka-Band Satellite Specification Revision 1.4 - October 2, 2007 |
| S281 | March 26, 2014 | March 26, 2014 | FCC Application for Space and Earth Station dated 6/23/2008 |
| S283 | March 25, 2014 | March 25, 2014 | 8/7/2006 Email from Mark Miller to Mark Dankberg |
| S302 | April 8, 2014 | April 9, 2014 | 09/15/2007 J. Tchorz Lab Book |
| S303 | April 8, 2014 | April 9, 2014 | 00/00/0000 Presentation re Satellite Overview (Flexible Frequency Plan Option) |
| S306 | April 2, 2014 | | 09/17/2007 Email to J. Tchorz from M. Miller re Spec Revision 1.3 |
| S346 | April 9, 2014 | April 9, 2014 (Demonstrative Only) | Interrogatory |
| S372 | April 3, 2014 | April 3, 2014 | Application for Satellite Space Station Authorizations w/ corrections as of 06/01/10 |
| S381 | April 2, 2014 | April 2, 2014 | Hughes Jupiter Critical Design Review Volume 1 - Data Package |
| S382 | April 2, 2014 | April 2, 2014 | Hughes Jupiter Critical Design Review Volume 2 - Data Analysis |
| S383 | April 2, 2014 | April 2, 2014 | Jupiter Ka-Band Satellite Performance Specification |
| S389 | March 27, 2014 | March 27, 2014 | 8/02/2006 Email from James Sawdey to Tom Moore re Mini spec & Questions |
| S411 | March 27, 2014 | | Spaceway3 Webpage |
| S521 | April 4, 2014 | | 12/31/2009 Loral Space & Communications Inc. And Barret Xplore Inc. Satellite Capacity and Gateway Service Agreement |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VIASAT, INC., ET AL     VS     SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG     **EXHIBIT LIST**     Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| S523 | April 2, 2014 | April 2, 2014 | Hughes Jupiter Critical Design Review Presentation - May 17, 2010 |
| S524 | April 2, 2014 | April 2, 2014 | Preliminary Specification of Certain Performance Aspects of the HNS Next Generation Satellite |
| S527 | April 9, 2014 | April 9, 2014 | 06/08/2009 Contract between Hughes Network Systems LLC and Space Systems/Loral Inc. for the Hughes Jupiter Satellite Program |
| S544 | March 26, 2014 | March 26, 2014 | 6/1/2006 Non-Disclosure Agreement |
| S547 | March 27, 2014 | March 27, 2014 | Amendment Number 1 to Non-Disclosure Agreement - 3/8/2006 |
| S552 | March 27, 2014 | March 27, 2014 | Non-Disclosure Agreement - 3/8/2006 |
| S655 | April 8, 2014 | April 8, 2014 | Section 3 System Overview Configuration 2 |
| S658 | April 8, 2014 | April 8, 2014 | Radio Regulations |
| S709 | April 2, 2014 | April 2, 2014 | Hughes Jupiter Critical Design Review Presentation - November 8, 2010 |
| S734 | April 8, 2014 | April 8, 2014 | Request to Amend Inventorship Under 35 U.S.C. 256 and 37 C.F.R. 1.324 |
| S749 | April 2, 2014 | April 2, 2014 | Satellite Overview (Flexible Frequency Plan Option) |
| S787 | April 8, 2014 | April 8, 2014 | Federal Communications Commission - in the Matter of contactMEO Communications, LLC |
| S794 | April 9, 2014 | April 9, 2014 | 09/20/2007 E-mail to D. Carson et al. from A. Mendelsohn re ViaSat "flexible" payload option |
| S877 | March 28, 2014 | March 28, 2014 | 2000 - The Yearr of the Network Access Satellite (M.1.03) Presentation |
| S883 | April 8, 2014 | April 8, 2014 | Amendment Two to Contract Between Space Systems/Loral, Inc. And Shin Satellite Public Company Limited for the iPSTAR-1 Satellite Program |
| S890 | April 8, 2014 | April 8, 2014 | Exhibit B iPSTAR Program Satellite Performance Specification |
| S913 | March 27, 2014 | March 27, 2014 | Broadband Satellite Systems Discussion |
| S917 | March 26, 2014 | March 26, 2014 | 5/4/2007 Email from Mark Miller to Doug Buur and Kathy Shockey re Proposal Questions |
| S930 | April 8, 2014 | April 8, 2014 | FCC Application for Space and Earth Station for ViaSat, Inc. |
| S1125 | March 26, 2014 | March 26, 2014 | Transcript of ViaSat Conference Call to Discuss ViaSat-1 Contract |
| S1159 | April 8, 2014 | April 8, 2014 | FCC Application for Space and Earth Station for contactMEO Communications, LLC |

| | VIASAT, INC., ET AL | VS | SPACE SYSTEMS/LORAL, INC. | |

Case Number: 12CV0260-H-WVG  **EXHIBIT LIST**  Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| S1160 | April 8, 2014 | April 8, 2014 | FCC Application for Space and Earth Station for contactMEO Communications, LLC |
| S1165 | April 8, 2014 | April 8, 2014 | An FDMA System Concept for 30/20 Ghz High Capacity Domestic Satellite Service |
| S1170 | April 8, 2014 | April 8, 2014 | Letter from Jeffrey H. Olson to Federal Communications Commission Secretary Magalie Roman Salas |
| S1180 | April 8, 2014 | April 8, 2014 | A High-Capacity, Anti-Jam EHF "Bent-Pipe" Satellite/Central-Hub System Architecture Concept |
| S1193 | April 8, 2014 | April 8, 2014 | ViaSat-1 Program Readiness Review |
| S1210 | April 8, 2014 | April 8, 2014 | FCC Report re Satellite Services Docket No.92-297 |
| S1212 | April 8, 2014 | April 8, 2014 | Interference from Beam 204 into Immediately Adjacent Beam 207 |
| S1247 | April 8, 2014 | April 8, 2014 | iPSTAR BEAM 207 Excel Spreadsheet |
| S1268 | April 8, 2014 | April 8, 2014 | Digital Communications by Satellite |
| S1286 | April 8, 2014 | April 8, 2014 | iPSTAR Broadband Satellite |
| S1291 | April 8, 2014 | April 8, 2014 | Link Budget Excel Spreadsheet |
| S1302 | April 8, 2014 | April 8, 2014 | A Resource Allocation Scheme for QoS Provision in Multi-beam Mobile Satellite Communication Systems |
| S1311 | April 4, 2014 | April 4, 2014 | Antenna Performance Prediction, Cell Layout Design and System Capacity - Executive Summary |
| S1315 | April 8, 2014 | April 8, 2014 | Subset of Subscribers on Beams 203, 204, 207 - March 2006 Excel Spreadsheet |
| S1323 | April 8, 2014 | April 8, 2014 | Letter from C. Patrick DeWitt to Nuwoo Gbarbea dated 10/20/2004 |
| S1397 | March 28, 2014 | March 28, 2014 (Under Seal) | Terrestar Satellite Performance Specifications |
| S1430 | April 8, 2014 | April 8, 2014 | Section 3.3.1 Antenna Configuration - Configuration 2 |
| S1446 | April 8, 2014 | April 8, 2014 | AMC-17 Proposal - Volume 4, Part A - Technical Prposal |
| S1450 | April 8, 2014 | April 8, 2014 | AMC-17 Proposal - Volume 1 - Executive Summary |
| S1490 | March 26, 2014 | April 9, 2014 | 1/12/2007 Email from Marc Agnew to Bill Sullivan, et al re Charts from Broadband Strategic Offsite with attachment |

VIASAT, INC., ET AL    VS    SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG    **EXHIBIT LIST**    Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| S1491 | March 26, 2014 | March 26, 2014 | 10/6/2005 Email from Marc Agnew to Rick Baldridge re Recap of WB meeting yesterday |
| S1540 | March 26, 2014 | March 26, 2014 | 8/28/2009 Letter from Richard Baldridge to John Celli |
| S1590 | April 2, 2014 | April 2, 2014 | 12/5/2007 Email from Arnold Friedman to Mickey Targoff |
| S1605 | March 26, 2014 | | 11/13/2006 Email from Hampton Chan to Kathy Shockey re ViaSat No14 Telecon Tech Package |
| S1606 | April 9, 2014 | April 9, 2014 | 12/29/2006 E-mail to K. Shockey from D. Burr re Please review 'ViaSat ROM Price Review 29 December 06kas2' |
| S1616 | March 26, 2014 | | 8/4/2006 Email from Kathy Shockey to Dean Olmstead re US 10x Ka |
| S1647 | April 4, 2014 | April 4, 2014 | 3/19/2008 Email from Andy Tillmann to Dave Roos |
| S1648 | April 4, 2014 | April 4, 2014 | 5/4/2010 Email from Stan Kay to Joyce Sun |
| S1652 | March 27, 2014 | March 27, 2014 | 3/24/2000 Email From Douglas Burr to Robert Berry |
| S1674 | March 26, 2014 | | 6/23/2006 Email from Kuni Takahaski to Kathy Shockey re AtContact Slide Presentation |
| S1699 | April 4, 2014 | April 4, 2014 | 5/28/2007 Email from Dave Roos to Andy Tillman and James Sawdey |
| S1711 | March 27, 2014 | March 27, 2014 | 5/4/2007 Email exchange between Hampton Chan and James Sawdey |
| S1717 | April 4, 2014 | April 4, 2014 | 8/31/2007 Email from Dave Roos to James Sawdey and Andy Tillmann |
| S1845 | April 8, 2014 | April 8, 2014 | U.S. Patent No. 6,704,543 |
| S1851 | April 9, 2014 | April 9, 2014 | 04/19/2007 E-mail to K. Clausing from H. Chan re WildBlue-2 Payload Specification |
| S1859 | March 28, 2014 | March 28, 2014 | 8/30/2001 Email from David Kim to Currier Richard with attachments |
| S1869 | April 2, 2014 | April 2, 2014 | 5/3/2007 Email from Michael Targoff to friedmaa@ssd.loral.com |
| S1915 | March 27, 2014 | March 27, 2014 | 8/21/2007 Email from Julie Bannerman to Keven Lippert re NDA Information |
| S1929 | March 27, 2014 | March 27, 2014 | 7/5/2007 Email from Marc Agnew to Keven Lippert re Topics covered during meeting with SES.doc |
| S1933 | March 27, 2014 | March 27, 2014 | 10/14/2007 Email exchange between Keven Lippert and Julie Bannerman re IP issues |
| S1994 | March 28, 2014 | March 28, 2014 | 6/21/2007 Email from Greg Harms to Andy Tillmann, et al re Wildblue-3 Coverage Reqt |


MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | VIASAT, INC., ET AL | VS | SPACE SYSTEMS/LORAL, INC. | |

Case Number: 12CV0260-H-WVG  **EXHIBIT LIST**  Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| S2051 | March 28, 2014 | March 28, 2014 | 10/10/2007 Email from Greg Harms to John Celli, et al re ViaSat Ka-Band Tube Order and IP |
| S2187 | April 9, 2014 | April 9, 2014 | 04/09/2007 E-mail to F. Caraglio et al. from M. Agnew re Presentation material form last week's strategic offsite |
| S2271 | April 8, 2014 | April 8, 2014 | 03/21/2001 European Patent Application No. EP 1 085 680 A2 |
| S2305 | March 27, 2014 | March 27, 2014 | 5/10/2007 Email from Keven Lippert to Julie Bannerman |
| S2383 | March 27, 2014 | March 27, 2014 | 8/25/2009 Letter From Celli to Baldridge |
| S2388 | March 27, 2014 | March 27, 2014 (First 2 Pages Only) | 5/13/2010 Email exchange between Keven Lippert and John Rakow |
| S2411 | March 25, 2014 | March 25, 2014 | Comments of ViaSat, Inc. before the Federal Communications Commission |
| S2427 | April 8, 2014 | April 8, 2014 | IEICE General Conference 2004 |
| S2428 | April 8, 2014 | April 8, 2014 | Nakasuga (2003) Chart |
| S2455 | April 2, 2014 | April 2, 2014 | EchoStar XVII (Jupiter) Pre-Shipment Review - April 26, 2012 |
| S2461 | April 2, 2014 | April 2, 2014 | EchoStar XVII (Jupiter) Updated Pre-Shipment Review - May 25, 2012 |
| S2464 | April 9, 2014 | April 9, 2014 | Spreadsheet re North American Division quarterly P/L |
| S2497 | April 9, 2014 | April 9, 2014 | 09/21/2010 E-mail to J. Celli et al. from R. Baldridge re ViaSat SSL NDA |
| S2527 | April 4, 2014 | | 02/07/2013 Space News Article entitled "ViaSat Riding Wave of US Military In-flight Broadband Demand" |
| S2531 | March 25, 2014 | March 25, 2014 | WildBlue-3 Payload Specification |
| S2621 | April 8, 2014 | April 8, 2014 | Mod/Code Chronology for Two Terminals: Both Terminals in Beam 207 - 1/14/2006 |
| S2622 | March 27, 2014 | March 27, 2014 (Demonstrative Only) | Diagram drawn by Douglass Burr |
| S2623 | April 2, 2014 | | 08/07/2007 E-Maail to S. Rao et al. From J. Tchorz re Updated 56 Beam Payload |
| S2624 | April 2, 2014 | April 2, 2014 | 8/27/2007 Email from John Tchorz to Surjit S. Dhillon with attachment |
| S2625 | April 2, 2014 | April 2, 2014 | 2/9/2007 Email from Kathy Shockey to Keven Lippert and Mark Miller witth attachment |
| S2626 | April 2, 2014 | April 2, 2014 | High Capacity Ka-Band Satellite Specification Revision 1.0 - February 16, 2007 |

VIASAT, INC., ET AL    VS    SPACE SYSTEMS/LORAL, INC.

Case Number: 12CV0260-H-WVG    **EXHIBIT LIST**    Type of Hearing: JURY TRIAL

| NO. | DATE I.D. | DATE REC'VD | DESCRIPTION |
|---|---|---|---|
| S2627 | April 2, 2014 | April 2, 2014 | 8/21/2006 Email from Richard Gedney to Mark Miller |
| S2628 | April 2, 2014 | April 2, 2014 | 3/5/2007 Email from Marc Agnew to Alan Hafeza, et al, re Boeing Contract, with attachments |
| S2629 | April 3, 2014 | | In the Matter of Certain GPS Chips, Associated Software and Systems, and Products Containing Same |
| S2637 | April 9, 2014 | | Stipulation of Fact re John Stenbit (Received as Court Exhibit 8) |
| S2638 | April 9, 2014 | | Exhibit 5A Slottje Chart with markings (Demonstrative Only) |