UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW OF NO WILLFUL INFRINGEMENT**<br><br>**[DOC. NO. 961]** |

On April 9, 2014, Defendants Space Systems/Loral, LLC ("SS/L"), and Loral Space & Communications, Inc. ("Loral") filed a motion for judgment as a matter of law that Defendants are not liable for willful infringement. (Doc. No. 961.) On April 24, 2014, the jury reached a verdict. (Doc. No. 1014.) The jury found no willful infringement. (Id. at 4-6.) As a result, the Court denies Defendants' motion as moot.

**IT IS SO ORDERED.**

DATED: June 6, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT