QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S Figueroa Street 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Plaintiff ViaSat, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC.,<br><br>Defendants. | CASE NO. 3:12-cv-00260-H-WVG<br><br>**PLAINTIFF VIASAT INC.'S NOTICE OF MOTION FOR PERMANENT INJUNCTIVE RELIEF**<br><br>Post-Trial Motion Hearing: July 22, 2014<br>Dept:  13<br><br>Hon. Marilyn L. Huff |

1   PLEASE TAKE NOTICE that on July 22, 2014 in the courtroom of the
2   Honorable Marilyn L. Huff, located at United States Courthouse, Courtroom 15A
3   (15th Floor – Annex), 333 West Broadway, San Diego, California 92101, Plaintiff
4   will, and hereby do, move for an order for permanent injunctive relief.
5   The motion is based on the Notice of Motion and Motion, the Memorandum
6   of Points and Authorities file concurrently herewith, the Declaration Daniel J.
7   Slottje and the attachments thereto filed and lodged concurrently herewith, the
8   Declaration of Michelle Ann Clark and the attachments thereto filed and
9   concurrently herewith, and any and all other materials the Court deems proper.

11  DATED:  June 13, 2014            Respectfully submitted,

                                     QUINN EMANUEL URQUHART &
                                     SULLIVAN, LLP


                                     By  */s/ Sean S. Pak*
                                         Sean S. Pak

                                     Attorneys for Plaintiff ViaSat, Inc.

-1-   Case No.  3:12-CV-00260-H (WVG)
PLAINTIFF VIASAT INC.'S NOTICE OF MOTION AND MOTION FOR PERMANENT INJUNCTIVE RELIEF

# CERTIFICATE OF SERVICE

I hereby certify that, on June 13, 2014, I caused the foregoing **PLAINTIFF VIASAT INC.'S NOTICE OF MOTION FOR PERMANENT INJUNCTIVE RELIEF** to be served on Defendants' counsel via the Court's CM/ECF system.

DATED: June 13, 2014

By  */s/ Sean S. Pak*