QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California   94111
Telephone:  (415) 875-6600

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S Figueroa Street 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000

Attorneys for Plaintiff ViaSat, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC. <br><br> Defendants. | CASE NO. 3:12-cv-00260-H-WVG <br><br> **MOTION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS** <br><br> Motion Hearing: July 28, 2014 <br><br> Dept: 13 <br><br> Hon. Marilyn L. Huff |

ViaSat respectfully requests that the Court extend the opposition deadline for post-trial motions by two weeks and adjust the related reply brief deadline and hearing date accordingly. Specifically, ViaSat proposes the following new deadlines for post-trial motions:

1. Oppositions to post-trial motions due July 11, 2014;
2. Replies in support of post-trial motions due July 22, 2014;
3. Hearing date TBD based on the Court and parties' availability.

As discussed below, ViaSat believes there is good cause for this request, primarily because Defendants have filed over 400 pages of post-trial motions and the current schedule is extraordinarily compact for such wide-ranging issues.

Defendants refuse to accommodate this extension. Should the Court wish to discuss ViaSat's request on a teleconference, both parties are available anytime tomorrow, June 17. The parties will also be available for a teleconference later in the week if that is the Court's preference.

I. **Argument**

On April 24, 2014, the jury returned a verdict of $283,000,000 in ViaSat's favor. On that same date, the Court ordered a post-trial briefing schedule with opening briefs and motions due June 13, 2014, responses due June 27, 2014, replies due July 8, 2014, and a hearing on July 22, 2014.

On Friday, June 13, 2014, Defendants filed twelve motions, attaching over 120 exhibits. ViaSat filed three motions. Under the current schedule, ViaSat must respond to Defendants' twelve motions in just two weeks, addressing arguments raised across over 400 pages of briefing and over 8,000 pages of exhibits. Defendants' motions address nearly every finding the jury made and raise complex

1  legal and factual issues spanning nearly the entirety of the trial record.   Although
2  ViaSat believes Defendants' motions are without merit, it must by necessity provide
3  comprehensive and extensive responses highlighting for the Court the exact portions
4  of the record that demonstrate why this is so.
5       In terms of fairness and practicality, Defendants have had since April 24,
6  2014 – more than a month and a half – to draft these motions.   Under the current
7  schedule, even if ViaSat drafted a complete and final response to one motion every
8  business day, it would only be able to address 10 of the 12 motions Defendants filed
9  within the allotted time.   Given the volume and breadth of the motions Defendants
10 filed, along with Defendants' non-objection to the extended opening deadline for
11 post-trial motions, ViaSat respectfully submits that there is good cause to provide
12 more than two weeks for its responses.   Furthermore, no prejudice will result to
13 Defendants from this brief extension of time, as it would also apply to their
14 oppositions to ViaSat's motions and their replies in further support of their own
15 motions.
16       For these reasons, ViaSat respectfully requests that the Court extend the
17 parties' time to respond to the post-trial motions, and make the corresponding
18 adjustments to the reply deadline and hearing date as set forth above.

1 | DATED: June 16, 2014         QUINN EMANUEL URQUHART &
2 |                              SULLIVAN, LLP
3 |
4 |                              By  */s/ Sean S. Pak*
5 |                                   Sean S. Pak
6 |                              Attorneys for Plaintiff ViaSat, Inc.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2014, I caused the foregoing **PLAINTIFF VIASAT, INC.'S MOTION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS** to be served on Defendants' counsel via the Court's ECF system and via e-mail.

DATED: June 16, 2014

By /s/ *Sean S. Pak*
Sean S. Pak