UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>               Plaintiffs,<br><br>    vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>               Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING MOTION TO CONTINUE BRIEFING AND HEARING SCHEDULE FOR POST-TRIAL MOTIONS**<br><br>**[DOC. NO. 1066]** |

On June 16, 2014, Plaintiff ViaSat, Inc. ("ViaSat") filed a motion to continue the briefing and hearing schedule for post-trial motions. (Doc. No. 1066.) ViaSat has shown good cause for the request. Accordingly, the Court sets the following dates and deadlines:

1. (1) Oppositions to post-trial motions are due by **July 11, 2014.**
2. (2) Replies in support of post-trial motions are due by **July 22, 2014.**
3. (3) The Court will hear post-trial motions on **August 7, 2014 at 9:00 am.**

**IT IS SO ORDERED.**

DATED: June 18, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT