QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California   94111
Telephone:  (415) 875 6600

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S Figueroa Street 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000

Attorneys for Plaintiff ViaSat, Inc.


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| VIASAT, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>SPACE SYSTEMS/LORAL, INC.,<br>LORAL SPACE &<br>COMMUNICATIONS,<br>INC.,<br><br>        Defendants. | CASE NO. 3:12-cv-00260-H-WVG<br><br>**UNOPPOSED MOTION TO ALLOW PLAINTIFF VIASAT, INC. TO FILE AN OMNIBUS OPPOSITION TO DEFENDANT SPACE SYSTEMS/LORAL, INC.'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR A NEW TRIAL RELATING TO DAMAGES (NOS. 1-4 OF 12)**<br><br>Post-Trial Motion Hearing: August 7, 2014<br>Dept: 13<br><br>Hon. Marilyn L. Huff |

On June 13, 2014, Defendant Space Systems/Loral, Inc. ("SS/L") filed twelve motions for judgment as a matter of law, four of which relate to damages issues. (Dkt. 1036, 1040, 1042, and 1046.)   After review, it appears to Plaintiff ViaSat, Inc. ("ViaSat") that SS/L's damages-related motions raise several common issues. ViaSat therefore seeks leave to respond to SS/L's damages-related motions for judgment as a matter of law in a single omnibus opposition brief.   SS/L does not oppose this request, although it contends that its motions are separate and that it should be permitted to reply with separate briefs in support of each motion.

ViaSat's proposed omnibus brief would not exceed the 100 pages ViaSat would otherwise be allotted if it filed separate opposition briefs to each of SS/L's damages-related motions.   ViaSat's omnibus brief may (and, indeed, likely will) be shorter, however, due to the efficiencies gained by addressing issues common to multiple motions in a single opposition.

Counsel for ViaSat and counsel for SS/L have conferred regarding this issue. SS/L does not oppose ViaSat's request for leave to file an omnibus opposition to SS/L's damages-related motions for judgment as a matter of law.   Nor does SS/L oppose the page limit for this brief.   SS/L reserves the right, however, to file separate reply briefs addressing each of its motions.

ViaSat believes that these facts establish good cause for its proposal and therefore respectfully requests that the Court enter an order as follows:

1. ViaSat shall be permitted to file a single opposition brief of 100 pages or less addressing SS/L's damages-related motions for judgment as a matter of law (Dkt. 1036, 1040, 1042, and 1046); and

2.  SS/L shall retain the right to file separate reply briefs addressing each

of its damages-related motions for judgment as a matter of law.

DATED:   June 20, 2014

By:  /s/ Adam B. Wolfson

Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Yury Kapgan (Bar No. 218366)
yury kapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa Street 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff ViaSat, Inc.*

UNOPPOSED MOTION ON OMNIBUS OPPOSITION BRIEF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 20, 2014, I caused the foregoing **UNOPPOSED MOTION TO ALLOW PLAINTIFF VIASAT, INC. TO FILE AN OMNIBUS OPPOSITION TO DEFENDANT SPACE SYSTEMS/LORAL, INC.'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR A NEW TRIAL RELATING TO DAMAGES (NOS. 1-4 OF 12)** to be served on Defendants' counsel via the Court's ECF system and via e-mail.

DATED:   June 20, 2014

By  */s/ Adam B. Wolfson*
    Adam B. Wolfson