# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>                Plaintiffs,<br>vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>                Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING VIASAT'S MOTION FOR LEAVE TO FILE OMNIBUS OPPOSITION TO POST-TRIAL MOTIONS RELATED TO DAMAGES**<br><br>[DOC. NO. 1069] |

On June 20, 2014, Plaintiff ViaSat, Inc. ("ViaSat") filed a motion for leave to file an omnibus opposition to Defendants' motions for judgment as a matter of law or for a new trial regarding damages. (Doc. No. 1069.) Defendants Space Systems/Loral, Inc. and Loral Space & Communications, Inc. (collectively, "SS/L") have filed four motions for judgment as a matter of law or for a new trial centering around damages issues. (See Doc. Nos. 1036, 1040, 1042, 1046.) ViaSat seeks leave to file one

opposition of no more than one hundred pages responding to all four damages-related motions, rather than four separate oppositions of no more than twenty-five pages each. (Doc. No. 1069 at 2.) SS/L does not oppose ViaSat's request. (<u>Id.</u>)

After considering ViaSat's request, the Court concludes that ViaSat has shown good cause. Accordingly, the Court grants ViaSat's motion.

**IT IS SO ORDERED.**

DATED: June 24, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT