QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Plaintiff/Counterclaim Defendant ViaSat, Inc.*

SUSMAN GODFREY L.L.P.
William Christopher Carmody
(Admitted *pro hac vice*)
Jacob W. Buchdahl
(Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
ibuchdahl@susmangodfrey.com

Marc M. Seltzer (54534)
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

*Attorneys for Defendants / Counterclaim Plaintiffs Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br>           Plaintiff,<br><br>      vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC.,<br><br>           Defendants/Counterclaim Plaintiffs. | CASE NO. 3:12-cv-00260-H-WVG<br><br>Hon. Marilyn L. Huff<br><br>JOINT MOTION TO EXTEND DEADLINE FOR REPLY BRIEFS ON POST-TRIAL MOTIONS BY THREE DAYS |

1  Plaintiff ViaSat, Inc. ("ViaSat") and Defendants Space Systems Loral, LLC
2  f/k/a/ Space Systems Loral, Inc. and Loral Space & Communications Inc.
3  (collectively "SS/L") bring this joint motion to extend the deadline for reply briefs
4  on post-trial motions from Tuesday, July 22, 2014 to Friday, July 25, 2014.

5  WHEREAS, oppositions to post-trial briefs are currently due on July 11,
6  2014, reply briefs are due on July 22, 2014, and the hearing on such motions is
7  scheduled for August 7, 2014;

8  WHEREAS, due to the complexity of the trial and the number of post-trial
9  motions, the parties agree that a three-day extension of the deadline for reply briefs
10 from July 22, 2014 and July 25, 2014 will permit them to fully reply to any
11 oppositions;

12 WHEREAS, the parties believe that filing reply briefs by July 25, 2014—
13 thirteen days ahead of the scheduled August 7, 2014 hearing—will give the Court
14 approximately the same amount of time to review such pleadings as in the original
15 post-trial motion briefing schedule; and

16 WHEREAS, the parties therefore believe that good cause supports a short,
17 three-day extension for reply briefs;

18 The parties therefore respectfully request that the Court grant their request to
19 extend the deadlines for reply briefs from July 22, 2014 to July 25, 2014 and enter
20 the Proposed Order lodged herewith.

21
22
23
24

1  DATED: June 27, 2014

3  QUINN EMANUEL URQUHART
   & SULLIVAN, LLP                 SUSMAN GODFREY LLP

*/s/ Adam B. Wolfson*                */s/ Amanda K. Bonn*
Adam B. Wolfson                     Amanda K. Bonn

*Attorneys for Plaintiff/Counterclaim Defendant ViaSat, Inc.*

*Attorneys for Defendants/Counterclaim Plaintiffs Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc.*

04568.51904/6088092.1       -2-       Case No. :12-cv-00260-H-WVG
JOINT MOTION TO EXTEND DEADLINE
FOR REPLY BRIEFS ON POST-TRIAL MOTIONS BY THREE DAYS

3227558v1/013090