# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>　　　　　Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINE FOR REPLY BRIEFS ON POST-TRIAL MOTIONS**<br><br>**[DOC. NO. 1089]** |

On June 27, 2014, Plaintiffs ViaSat Inc. and ViaSat Communications, Inc. (collectively "ViaSat") and Defendants and Counterclaim Plaintiffs Space Systems Loral, LLC f/k/a Space Systems Loral, Inc. and Loral Space & Communications Inc. (collectively "SS/L") filed a joint motion to extend the deadline for reply briefs on post-trial motions until July 25, 2014. (Doc. No. 420.) The Court determines that the

1  parties have shown good cause for their request.  Accordingly, the Court grants the
2  parties' motion.
3      **IT IS SO ORDERED.**
4  DATED: July 9, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT