CONFIDENTIAL UNDER SEAL

# Exhibit A