William Christopher Carmody
(Admitted *pro hac vice*)
Jacob W. Buchdahl
(Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York  10022
Telephone:  (212) 336-8330
Facsimile:  (212) 336-8340
Email:  bcarmody@susmangodfrey.com
Email:  jbuchdahl@susmangodfrey.com

Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
Email:  mseltzer@susmangodfrey.com

[Additional counsel listed below signature line]

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VIASAT, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>SPACE SYSTEMS/LORAL, INC.,<br>LORAL SPACE &<br>COMMUNICATIONS INC.,<br><br>              Defendants/<br>              Counterclaim Plaintiffs. | Case No.  3:12-cv-00260-H-WVG<br><br>Hon. Marilyn L. Huff<br><br>**MOTION TO STRIKE AND FOR LEAVE TO FILE UNDER SEAL (DKT. NOS. 1101, 1101-3, AND 1101-4)** |

On July 11, 2014, Defendant Space Systems/Loral, LLC (*f/k/a* Space Systems/Loral, Inc.) ("SS/L") filed its Opposition to ViaSat, Inc.'s ("ViaSat") Motion for Permanent Injunction, along with a supporting Declaration of Amanda K. Bonn and Exhibit A thereto, in addition to other supporting materials. On July 16, 2014, ViaSat subsequently brought to SS/L's attention that certain material in the publicly-filed Opposition, Bonn Declaration, and Exhibit A thereto should have been redacted and filed under seal. SS/L seeks to remedy this inadvertent error by (1) filing corrected, appropriately redacted versions of its Opposition and supporting materials, Dkt. Nos. 1122, 1122-2, 1122-2, 1122-3, 1122-4; (2) filing the unredacted Bonn Declaration and Exhibit A thereto under seal; and (3) striking Docket Nos. 1101, 1101-3, and 1101-4.

SS/L is subject to the Court's Second Amended Protective Order in this case. *See* Dkt. No. 477 at 1 ("Protective Order"). The Protective Order requires that if SS/L files with the Court certain material produced in discovery, SS/L must move for leave to file that material under seal. *Id.* at ¶ 15. Portions of the following documents contain excerpts from a Court Order and a Technical Advisor's Report that were issued under seal pursuant to the Protective Order:

- SS/L's Opposition to Motion for Permanent Injunction, which has already been filed under seal;
- Declaration of Amanda K. Bonn in Support of SS/L's Opposition to Motion for Permanent Injunction; and
- Exhibit A to the Declaration of Amanda K. Bonn.

Accordingly, SS/L respectfully requests that the Court (1) deem its corrected, redacted Opposition supporting materials, Dkt. Nos. 1122, 1122-1, 1122-2, 1122-3, and 1122-4, as having been timely filed on July 11, 2014; (2) grant SS/L leave to file the declaration of Amanda K. Bonn and Exhibit A thereto under seal; and (3) strike Dkt. Nos. 1101, 1101-3, and 1101-4. A Proposed Order is lodged herewith.

1   Dated: July 18, 2014

2                                   By: */s/ Amanda K. Bonn*
                                    _____

3                                   Marc M. Seltzer
                                    Amanda K. Bonn
4                                   SUSMAN GODFREY L.L.P.
5                                   1901 Avenue of the Stars, Suite 950
                                    Los Angeles, CA 90067-6029
6                                   Telephone: (310) 789-3100
7                                   Fax: (310) 789-3150
                                    Email: mseltzer@susmangodfrey.com
8                                   Email: abonn@susmangodfrey.com

9
                                    William Christopher Carmody
10                                  (Admitted *Pro Hac Vice*)
11                                  Jacob W. Buchdahl
                                    (Admitted *Pro Hac Vice*)
12                                  SUSMAN GODFREY L.L.P.
13                                  560 Lexington Avenue, 15th Floor
                                    New York, NY 10022
14                                  Telephone: (212) 336-8330
15                                  Fax: (212) 336-8340

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Joseph S. Grinstein
     (Admitted *Pro Hac Vice*)
2    William R. H. Merrill
     (Admitted *Pro Hac Vice*)
3    SUSMAN GODFREY L.L.P
4    1000 Louisiana Street, Suite 5100
     Houston, Texas 77002-5096
5    Telephone:  713-653-7856
6    Facsimile:   713-654-6666
     Email: jgrinstein@susmangodfrey.com
7    Email: bmerrill@susmangodfrey.com
8
     Ian B. Crosby
9     (Admitted *Pro Hac Vice*)
10   Rachel S. Black
      (Admitted *Pro Hac Vice*)
11   Patrick C. Bageant (275135)
12   SUSMAN GODFREY L.L.P.
13   1201 Third Avenue, Suite 3800
     Seattle, WA 98101
14   Telephone: (206) 516-3861
15   Fax: (206) 516-3883
     Email: icrosby@susmangodfrey.com
16   Email: rblack@susmangodfrey.com
17   Email: pbageant@susmangodfrey.com
18
19        *Attorneys for Defendants/Counterclaim*
          *Plaintiffs Space Systems/Loral, LLC (f/k/a*
20   *Space Systems/Loral, Inc.) and Loral Space*
              *& Communications Inc.*
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 18, 2014, I caused the foregoing **MOTION TO STRIKE AND FOR LEAVE TO FILE UNDER SEAL (DKT. NOS. 1101, 1101-3, AND 1101-4)** to be served on opposing counsel via the Court's CM/ECF system.

Dated: July 18, 2014                    By:    _/s/ Amanda K. Bonn_____
                                                      Amanda K. Bonn