QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

SUSMAN GODFREY L.L.P.
William Christopher Carmody
(Admitted *pro hac vice*)
Jacob W. Buchdahl
(Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
ibuchdahl@susmangodfrey.com

Marc M. Seltzer (54534)
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

*Attorneys for Plaintiffs/Counterclaim Defendants ViaSat, Inc. and ViaSat Communications, Inc., f/k/a WildBlue Communications, Inc.*

*Attorneys for Defendants / Counterclaim Plaintiffs Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIASAT, INC.,<br>　　　　　Plaintiff,<br>　　vs.<br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC.,<br>　　　　　Defendants/Counterclaim Plaintiffs. | CASE NO. 3:12-cv-00260-H-WVG<br><br>Hon. Marilyn L. Huff<br><br>JOINT MOTION FOR ADDITIONAL PAGES |

Plaintiff ViaSat, Inc. ("ViaSat") and Defendant Space Systems Loral, LLC f/k/a/ Space Systems Loral, Inc. ("SS/L") bring this joint motion to afford each party up to four (4) additional pages of briefing on the issue of whether permanent injunctive relief is appropriate in this case.

WHEREAS, ViaSat filed its Motion for Permanent Injunctive Relief on June 13, 2014;

WHEREAS, SS/L filed its Opposition to ViaSat's Motion for Permanent Injunctive Relief on July 11, 2014;

WHEREAS, due to a formatting error, SS/L's Opposition used 12-point line spacing rather than 14-point line spacing;

WHEREAS, ViaSat subsequently advised SS/L that this formatting error resulted in SS/L's Opposition being approximately 100 lines (*i.e.*, the equivalent of 4 pages) longer than it would have been using 14-point line spacing and requested that SS/L agree that ViaSat should be permitted an equal amount of additional lines for its Reply brief;

WHEREAS, the parties have met and conferred in good faith and agree that, given the subject matter and arguments raised in both the Motion for Permanent Injunctive Relief and SS/L's Opposition, there is good cause to exceed the page limits established by Local Rule 7.1(h) by no more than four (4) pages per side;  and

WHEREAS, the parties thus agree that it is appropriate for ViaSat to file a Reply brief that exceeds the 10-page limit by no more than four (4) pages in order to address the arguments raised by SS/L's Opposition.

The parties therefore respectfully request that the Court grant their request to afford each party up to four (4) additional pages of briefing on the issue of whether

1 | permanent injunctive relief is appropriate in this case and enter the Proposed Order

2 | lodged herewith.

3 | DATED: July 21, 2014

4

5 | QUINN EMANUEL URQUHART
& SULLIVAN, LLP                                    SUSMAN GODFREY LLP

6

7 | */s/* Michelle A. Clark                                   */s/* Amanda K. Boon
Michelle Ann Clark                                  Amanda K. Bonn

8 | *Attorneys for Plaintiff ViaSat, Inc.*         *Attorneys for Defendants/Counterclaim
Plaintiffs Space Systems/Loral, LLC (f/k/a
9                                                                       Space Systems/Loral, Inc.) and Loral
10                                                                     Space & Communications Inc.*