**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC., <br><br> Defendants. | CASE NO. 3:12-CV-00260-H (WVG) <br><br> **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL AND STRIKE PRIOR FILINGS** <br><br> [DOC. NO. 1123] |

On July 18, 2014, Defendants Space Systems Loral, LLC and Loral Space & Communications, Inc. (collectively, "SS/L") filed a motion to strike prior filings from the docket and to file replacement documents under seal. (Doc. No. 1123.) After reviewing the motion, the Court concludes that SS/L has shown good cause and therefore grants SS/L's request without prejudice to the Court's modifying this order at a later time.

Accordingly, the Court:

1. deems that SS/L's corrected, redacted opposition supporting materials are timely filed (Doc. Nos. 1122, 1122-1, 1122-2, 1122-3, 1122-4);

2. grants SS/L leave to file under seal the declaration of Amanda K. Bonn and Exhibit A in support of SS/L's opposition to ViaSat's motion for permanent injunction; and

3. strikes Documents Number 1101, 1101-3, and 1101-4 from the docket.

**IT IS SO ORDERED.**

DATED: July 23, 2014

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT