UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING JOINT MOTION FOR ADDITIONAL PAGES**<br><br>[DOC. NO. 1125] |

On July 22, 2014, Plaintiff ViaSat, Inc. ("ViaSat") and Defendant Space Systems Loral, LLC f/k/a Space Systems Loral, Inc. ("SS/L") filed a joint motion to allow each party up to four additional pages of briefing on the issue of whether permanent injunctive relief is appropriate in this case. (Doc. No. 1125.) The parties have shown good cause for the request. Accordingly, the Court grants the parties' joint motion.

**IT IS SO ORDERED.**

DATED: July 24, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT