# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>                    Plaintiffs,<br><br>   vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>                    Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER DENYING WITHOUT PREJUDICE VIASAT'S EX PARTE MOTION FOR LEAVE TO FILE MOTION TO STRIKE**<br><br>[DOC. NO. 1154] |

On July 25, 2014, Plaintiff ViaSat, Inc. ("ViaSat") filed an *ex parte* motion for leave to file a motion to strike SS/L's arguments regarding the Court's technical advisor and to shorten time for a hearing and briefing schedule. (Doc. No. 1154.) The deadline for post-trial motions was June 13, 2014, and a hearing on post-trial motions is set for August 7, 2014. (Doc. No. 1008.) Due to the short time between ViaSat's filing and the post-trial motion hearing, the Court denies ViaSat's motion without prejudice. In

1 addition, the Court strikes document number 1154 and all attachments from the docket.
2 At the August 7 hearing, ViaSat is free to argue that the Court should disregard SS/L's
3 arguments regarding the Court's technical advisor without a formal motion to strike.
4    **IT IS SO ORDERED.**
5 DATED: July 28, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT