# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[DOC. NO. 1146] |

On July 25, 2014, Plaintiff ViaSat, Inc. ("ViaSat") filed a motion for leave to file documents under seal. (Doc. No. 1146.) Specifically, ViaSat asks to file under seal the following documents:

- an unredacted copy of ViaSat's reply in support of its motion for judgment as a matter of law that the NBN Co. 1A and 1B satellites infringe claim 8 of U.S. Patent No. 8,010,043;

- an unredacted copy of ViaSat's reply memorandum of law in support of its motion for permanent injunctive relief;

1 • an unredacted copy of ViaSat's memorandum of points and authorities in support of its proposed motion to strike SS/L's arguments regarding the Court's technical advisor; and

• Exhibit A to the declaration of Colin L. Ward in support of ViaSat's proposed motion to strike SS/L's arguments regarding the Court's technical advisor.

(Id.) ViaSat seeks to seal these documents pursuant to the terms of the Court's protective order. (Doc. No. 1028.)

After reviewing the documents in question, the Court concludes that good cause exists to seal the documents. Accordingly, the Court grants ViaSat's request to file the documents under seal without prejudice to the Court's modifying this order at a later time.

**IT IS SO ORDERED.**

DATED: July 28, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT