**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[DOC. NO. 1152] |

On July 25, 2014, Defendants Space Systems Loral, LLC and Loral Space & Communications, Inc. (collectively, "SS/L") filed a motion for leave to file documents under seal. (Doc. No. 1152.) Specifically, SS/L asks to file under seal the following documents:

1 • SS/L's reply in support of its motion for judgment as a matter of law or for new
2 trial regarding reasonable royalty damages; and
3 • Exhibit B to the declaration of Rachel S. Black in support of SS/L's reply to its
4 motion for judgment as a matter of law or for new trial regarding reasonable
5 royalty damages.
6 (Id. at 2-3.)
7 After reviewing the documents in question, the Court concludes that good cause
8 exists to seal the documents. Accordingly, the Court grants SS/L's request to file the
9 documents under seal without prejudice to the Court's modifying this order at a later
10 time.
11 **IT IS SO ORDERED.**
12 DATED: July 28, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT