William Christopher Carmody
(Admitted *pro hac vice*)
Jacob W. Buchdahl
(Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
Email: bcarmody@susmangodfrey.com
Email: jbuchdahl@susmangodfrey.com

Marc M. Seltzer (54534)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: mseltzer@susmangodfrey.com

[Additional counsel listed below signature line]
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiff, <br> vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC., <br><br> Defendants/Counterclaim Plaintiffs. | Case No. 3:12-cv-00260-H-WVG <br><br> Hon. Marilyn L. Huff <br><br> **DECLARATION OF PATRICK C. BAGEANT IN SUPPORT OF SS/L'S REPLY TO MOTION TO STRIKE THE DECLARATION OF DANIEL J. SLOTTJE** |

I, Patrick C. Bageant, an attorney admitted to practice law in the State of California, hereby declare under penalty of perjury that the following is true and correct:

1. I am a member of good standing of the State Bar of California.

2. I am an associate attorney at the law firm of Susman Godfrey LLP, counsel for the Defendants in the above-captioned action. I submit this Declaration in support of SS/L's Reply to Motion to Strike the Declaration of Daniel J. Slottje.

3. Attached hereto as **Exhibit A** is a true and correct copy of ViaSat's Supplemental Response and Objections to SS/L's Interrogatories Nos. 33, 36, and 39, which were served on October 15, 2013.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st Day of July, 2014.

                                         */s/ Patrick C. Bageant*
                                          Patrick C. Bageant