QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiffs ViaSat, Inc.*

SUSMAN GODFREY L.L.P.
William Christopher Carmody
(Admitted *pro hac vice*)
Jacob W. Buchdahl
(Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
ibuchdahl@susmangodfrey.com

Marc M. Seltzer (54534)
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

*Attorneys for Defendants Space Systems/Loral, Inc., Loral Space & Communications Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIASAT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC., <br><br> Defendants/Counterclaim Plaintiffs. | CASE NO. 3:12-cv-00260-H-WVG <br><br> Hon. Marilyn L. Huff <br><br> **JOINT MOTION FOR ORDER PERMITTING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** <br><br> Date: August 7, 2014 <br> Time: 9:00 a.m. <br> Place: Courtroom 15A |

Plaintiff ViaSat, Inc. ("ViaSat") and Defendants Space Systems/Loral, LLC (f/k/a/ Space Systems/Loral, Inc.) and Loral Space & Communications Inc. (collectively "SS/L"), respectfully move this Court for an order permitting their counsel to bring into Court certain computer and technological devices for use during the Post-Trial Motion Hearing scheduled for August 7, 2014 at 9:00 a.m. In support of the instant motion, ViaSat and SS/L state:

1. The Parties' respective counsel may use certain electronic equipment during the upcoming Post-Trial Motion Hearing on August 7, 2014, for the presentation of their respective positions. ViaSat and SS/L currently believe that such presentations will require laptop computers, flash drives, projectors, carts, stands, and additional audio/video presentation equipment, consisting of cables, power strips, extension cords, presentation remotes, and/or PowerPoint clickers with laser points.

2. The Parties understand that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse.

## **CONCLUSION**

ViaSat and SS/L respectfully request that this Court enter an order permitting the Parties' counsel to bring the aforementioned equipment into the courtroom for use during the August 7, 2014 hearing.

A proposed order is lodged herewith.

1  DATED: August 1, 2014

2

3

4  QUINN EMANUEL URQUHART
   & SULLIVAN, LLP               SUSMAN GODFREY LLP

5
   *s/ Sean S. Pak*                   *s/ Amanda K. Bonn*

6  Sean S. Pak                         Amanda K. Bonn

7
   *Attorneys for Plaintiffs ViaSat, Inc.*   *Attorneys for Defendants Space*

8                                           *Systems/Loral, Inc., Loral Space &*
                                           *Communications Inc.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

-2-      Case No. :12-cv-00260-H-WVG
JOINT MOTION REGARDING ELECTRONIC DEVICES

**ATTESTATION**

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatory.

Dated: August 1, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Sean Pak
Sean S. Pak
*Attorneys for Plaintiffs ViaSat, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 1, 2014, I caused the foregoing **JOINT MOTION FOR ORDER PERMITTING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** to be served on opposing counsel via the Court's CM/ECF system.

Dated: August 1, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Sean S. Pak*
Sean S. Pak
*Attorneys for Plaintiffs ViaSat, Inc.*