# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING JOINT MOTION REGARDING ELECTRONIC DEVICES**<br><br>**[DOC. NO. 1172]** |

On August 1, 2014, the parties filed a joint motion for permission to bring electronic equipment into the courtroom for their post-trial motion hearing on August 7, 2014. (Doc. No. 1172.) The parties have shown good cause for the request. Accordingly, the Court grants the parties' joint motion. The parties may bring laptop computers, flash drives, projectors, carts, stands, and additional audio video

presentation equipment such as cables, power strips, extension cords, presentation remotes, and PowerPoint clickers with laser points. (See id. at 2.) These items are subject to examination for security purposes.

**IT IS SO ORDERED.**

DATED: August 4, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT