**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC., <br><br>   Plaintiffs,<br> vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>   Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**SCHEDULING ORDER FOR NEW TRIAL ON DAMAGES** |

The Court sets a trial for November 12, 2014 at 9:00 am. Absent further order of the Court, the Court declines to permit further expert reports.

**IT IS SO ORDERED.**

DATED: August 8, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT