UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>                              Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**SCHEDULING ORDER** |

The Court has set a new trial on damages for November 12, 2014 at 9:00 am. (Doc. No. 1185.)  The Court has held a full trial, and the parties are familiar with the evidence.  Each party must submit a list of the witnesses it wishes to call at the new trial and the witnesses and evidence it wishes to exclude by **August 19, 2014 at 9:00 am.**  Each party may respond to the other party's submission by **August 25, 2014 at 9:00 am.**

**IT IS SO ORDERED.**

DATED: August 12, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT