QUINN EMANUEL
URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff/Counterclaim Defendant ViaSat, Inc.*

SUSMAN GODFREY L.L.P.
William Christopher Carmody
(Admitted *pro hac vice*)
Jacob W. Buchdahl
(Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
bcarmody@susmangodfrey.com
jbuchdahl@susmangodfrey.com

Marc M. Seltzer (54534)
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com

*Attorneys for Defendants / Counterclaim Plaintiffs Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br><br>　　　　Plaintiff,<br>　　vs.<br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC.,<br><br>　　　　Defendants/Counterclaim Plaintiffs. | Case No. 3:12-cv-00260-H-WVG<br><br>Hon. Marilyn L. Huff<br><br>**JOINT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** |

Plaintiff ViaSat, Inc. ("ViaSat") and Defendants Space Systems Loral, LLC f/k/a/ Space Systems Loral, Inc. and Loral Space & Communications Inc. (collectively "SS/L") bring this joint motion to seal the parties' Joint Motion to Extend Pre-Trial Deadlines by One Week.

Portions of the foregoing document contain business information that is highly confidential, the release of which could be harmful to the parties. Accordingly, the parties respectfully request leave to file the foregoing document under seal.

A proposed order is lodged herewith.

DATED: August 18, 2014

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSMAN GODFREY LLP |
|---|---|
| */s/ Adam B. Wolfson* <br> Adam B. Wolfson | */s/ Amanda K. Bonn* <br> Amanda K. Bonn |
| *Attorneys for Plaintiff/Counterclaim Defendant ViaSat, Inc.* | *Attorneys for Defendants/Counterclaim Plaintiffs Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 18, 2014, I caused the foregoing **JOINT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL** to be served on opposing counsel via the Court's CM/ECF system.

Dated: August 18, 2014          By:    */s/ Amanda K. Bonn*