# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>　　　　　　Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE DISCLOSURE DEADLINES**<br><br>**[DOC. NO. 1190]** |

On August 18, 2014, the parties filed a joint motion to continue by one week the parties' deadlines for disclosing witnesses and evidence in advance of the new trial on damages. (Doc. No. 1190.) The parties have shown good cause for the request. Accordingly, the Court grants the parties' motion. Each party must submit a list of

witnesses it wishes to exclude by **August 26, 2014 at 9:00 am.**  Each party may respond to the other party's submission by **September 2, 2014 at 9:00 am.**

**IT IS SO ORDERED.**

DATED: August 19, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT