1  William Christopher Carmody
   (Admitted *pro hac vice*)
2  Jacob W. Buchdahl
   (Admitted *pro hac vice*)
3  SUSMAN GODFREY L.L.P.
4  560 Lexington Avenue, 15th Floor
   New York, New York 10022
5  Telephone: (212) 336-8330
   Facsimile: (212) 336-8340
6  Email: bcarmody@susmangodfrey.com
7  Email: jbuchdahl@susmangodfrey.com

8  Marc M. Seltzer (54534)
   SUSMAN GODFREY L.L.P.
9  1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067-6029
10 Telephone: (310) 789-3100
11 Facsimile: (310) 789-3150
   Email: mseltzer@susmangodfrey.com

12 [Additional counsel listed below signature line]

13 *Attorneys for Defendants*

14
15                    **UNITED STATES DISTRICT COURT**
16                    **SOUTHERN DISTRICT OF CALIFORNIA**

17 | VIASAT, INC., | Case No. 3:12-cv-00260-H-WVG |
   | Plaintiff, | Hon. Marilyn L. Huff |
   | vs. | |
   | SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS INC., | **MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
   | Defendants/Counterclaim Plaintiffs. | |

Pursuant to Patent Local Rule 2.2 Defendants Space Systems Loral, LLC and Loral Space & Communications Inc. (collectively, "SS/L") bring this Motion For Leave to File Documents Under Seal.

Portions of the following document contain business information that is highly confidential, the release of which could harm the parties' businesses. Accordingly, SS/L respectfully requests leave to file under seal the following documents:

- SSL's *Ex Parte* Application to Vacate Hearing and Other Deadlines;
- Declaration of Jacob W. Buchdahl; and
- Exhibits to the Declaration of Jacob W. Buchdahl.

A proposed order is lodged herewith.

Dated: August 22, 2014        By:   /s/ Amanda K. Bonn

Marc M. Seltzer
Amanda K. Bonn
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150
Email: abonn@susmangodfrey.com

William Christopher Carmody
(Admitted *Pro Hac Vice*)
Jacob W. Buchdahl
(Admitted *Pro Hac Vice*)
SUSMAN GODFREY L.L.P.
560 Lexington Avenue, 15th Floor
New York, NY 10022
Telephone: (212) 336-8330
Fax: (212) 336-8340

Joseph S. Grinstein
(Admitted *Pro Hac Vice*)
William R. H. Merrill
(Admitted *Pro Hac Vice*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:   713-653-7856
Facsimile:    713-654-6666
Email:jgrinstein@susmangodfrey.com
Email: bmerrill@susmangodfrey.com

Ian B. Crosby
(Admitted *Pro Hac Vice*)
Rachel S. Black
(Admitted *Pro Hac Vice*)
Patrick C. Bageant
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3861
Fax: (206) 516-3883
Email: icrosby@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: pbageant@susmangodfrey.com

*Attorneys for Defendants/Counterclaim Plaintiffs Space Systems/Loral, LLC (f/k/a Space Systems/Loral, Inc.) and Loral Space & Communications Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on August 22, 2014, I caused the foregoing **MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** to be served on opposing counsel via the Court's CM/ECF system.

Dated: August 22, 2014         By:    */s/ Amanda K. Bonn*