QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:  (415) 875-6600

Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Vincent M. Pollmeier (Bar No. 210684)
vincentpollmeier@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
865 S Figueroa Street 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000

Attorneys for Plaintiff ViaSat, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br><br>                Plaintiff,<br><br>        vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>                Defendants. | CASE NO. 3:12-cv-00260-H-WVG<br><br>**VIASAT'S STATEMENT OF LIMITED NON-OPPOSITION TO SS/L'S *EX PARTE* APPLICATION TO VACATE HEARING AND OTHER DEADLINES** |

On August 22, 2014, Defendant Space Systems/Loral ("SS/L") filed an *Ex Parte* Application To Vacate Hearing and Other Deadlines. (Dkt. 1195.) Plaintiff ViaSat, Inc. ("ViaSat") does not oppose a one-week continuance of the dates currently set for the hearing on ViaSat's motion for a permanent injunction and for the parties' disclosures in preparation for the damages re-trial. (*See* Dkt. 1174, 1191.) Specifically, ViaSat does not oppose modifying the schedule as follows:

- The hearing on ViaSat's motion for a permanent injunction, currently scheduled for 9:00 a.m. on August 26, 2014, would be rescheduled for 9:00 a.m. on September 2, 2014;

- The parties' disclosures of proposed lists of witnesses and evidence to be excluded at the retrial on damages ("Retrial Disclosures"), currently scheduled for 9:00 a.m. on August 26, 2014, would be rescheduled for 9:00 a.m. on September 2, 1014; and

- Each party's response to the other's Retrial Disclosures, currently scheduled for 9:00 a.m. on September 2, 2014, would be rescheduled for 9:00 a.m. on September 9, 2014.

DATED: August 25, 2014         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ Sean S. Pak*
    Sean S. Pak

Attorneys for Plaintiff ViaSat, Inc.

04568.51904/6195565.1

-1-         Case No. 3:12-cv-00260-H-WVG
**STATEMENT OF NON-OPPOSITION**

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 25, 2014, I caused the foregoing **VIASAT'S STATEMENT OF LIMITED NON-OPPOSITION TO SS/L'S *EX PARTE* APPLICATION TO VACATE HEARING AND OTHER DEADLINES** to be served on Defendants' counsel via the Court's ECF system and via e-mail.

DATED: August 25, 2014

By */s/ Sean S. Pak*
   Sean S. Pak