| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Charles K. Verhoeven (Bar No. 170151)<br>charlesverhoeven@quinnemanuel.com<br>Sean Pak (Bar No. 219032)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone:  (415) 875-6600<br>Facsimile:   (415) 875-6700<br><br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>Vincent M. Pollmeier (Bar No. 210684)<br>vincentpollmeier@quinnemanuel.com<br>Adam Wolfson (Bar No. 262125)<br>adamwolfson@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California   90017-2543<br>Telephone:  (213) 443-3000<br>Facsimile:   (213) 443-3100<br><br>*Attorneys for Plaintiff ViaSat, Inc.* | SUSMAN GODFREY L.L.P.<br>William Christopher Carmody<br>(Admitted pro hac vice)<br>Jacob W. Buchdahl<br>(Admitted pro hac vice)<br>SUSMAN GODFREY L.L.P.<br>560 Lexington Avenue, 15th Floor<br>New York, New York 10022<br>Telephone: (212) 336-8330<br>Facsimile: (212) 336-8340<br>bcarmody@susmangodfrey.com<br>jbuchdahl@susmangodfrey.com<br><br>Marc M. Seltzer (54534)<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067-6029<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150<br>mseltzer@susmangodfrey.com<br><br>*Attorneys for Defendants Space Systems/Loral, Inc., Loral Space & Communications Inc.* |

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>SPACE SYSTEMS/LORAL, INC.,<br>LORAL SPACE &<br>COMMUNICATIONS INC.,<br><br>            Defendants/Counterclaim<br>            Plaintiffs. | CASE NO. 3:12-cv-00260-H-WVG<br><br>Hon. Marilyn L. Huff<br><br>**JOINT MOTION FOR DISMISSAL** |

Plaintiff ViaSat, Inc. ("ViaSat"), and Defendants Space Systems/Loral, LLC (f/k/a/ Space Systems/Loral, Inc.) and Loral Space & Communications Inc. (collectively "Defendants"), respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.   ViaSat and Defendants jointly move to dismiss the above-captioned action with prejudice based on a settlement agreement between ViaSat and Defendants.   Accordingly, the Parties respectfully request that this Court dismiss ViaSat's claims against Defendants and Defendants' claims against ViaSat with prejudice, each party to bear its own attorneys' fees and costs.

DATED:   September 10, 2014

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | SUSMAN GODFREY L.L.P. |
|---|---|
| */s/ Sean S. Pak* | */s/ Jacob W. Buchdahl* |
| Sean S. Pak | Jacob W. Buchdahl |
| *Attorneys for Plaintiff ViaSat, Inc* | *Attorneys for Defendants Space Systems/Loral, Inc., Loral Space & Communications Inc.* |

**SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

1

2 I hereby certify that, on September 10, 2014, I caused the foregoing **JOINT**

3 **MOTION FOR DISMISSAL** to be served on Defendants' counsel via the Court's

4 ECF system.

5

6 DATED: Sept. 10, 2014            QUINN EMANUEL URQUHART & SULLIVAN, LLP

7

8

9            By  /s/ Sean S. Pak
                Sean S. Pak
10               Attorneys for Plaintiff ViaSat, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24