# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIASAT, INC., VIASAT COMMUNICATIONS, INC., f/k/a WILDBLUE COMMUNICATIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE SYSTEMS/LORAL, INC., LORAL SPACE & COMMUNICATIONS, INC.,<br><br>Defendants. | CASE NO. 3:12-CV-00260-H (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[DOC. NO. 1202] |

On September 10, 2014, Plaintiff ViaSat Inc. and Defendants Space Systems Loral, LLC f/k/a Space Systems Loral, Inc. and Loral Space & Communications Inc. filed a joint motion to dismiss this entire action with prejudice. (Doc. No. 1202.) The parties have shown good cause for their request. Accordingly, the Court grants the parties' motion and dismisses the case with prejudice.

**IT IS SO ORDERED.**

DATED: September 10, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

- 1 -